MARK D. BRUTZKUS - Bar No. 128102
ROBERT L. HANDLER - Bar No. 90306
JEFFREY A. KOBULNICK - Bar No. 228299
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:    mbrutzkus@ebg-law.com
          rhandler@ebg-law.com
          jkobulnick@ebg-law.com

Attorneys for Defendants
TOPSON DOWNS OF CALIFORNIA, INC. and
TARGET CORPORATION

LAURA L. CHAPMAN – Bar No. 167249
FOLEY & LARDNER LLP
555 California St., Suite 1700
San Francisco, CA 94104-1520
Telephone:  (415) 434-4484
Facsimile:  (415) 434-4507
Email:    lchapman@foley.com

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; TARGET CORPORATION, a Minnesota Corporation; WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV11-8351 RGK (AGRx)<br><br>**NOTICE OF ERRATA**<br><br>*[Defendants' Opposition to Plaintiff's Motion for Summary Judgment, Appendix to Defendants' Opposition to Plaintiff's Motion for Summary Judgment, and Declaration of Jeffrey A. Kobulnick in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment Submitted Concurrently Herewith]*<br><br>Judge:   Hon. R. Gary Klausner<br><br>Hearing Date:   August 20, 2012<br>Time:   9:00 a.m.<br>Courtroom:   850<br><br>Discovery Cutoff:   August 15, 2012<br>Motion Cutoff:   August 29, 2012<br>Trial Date:   November 13, 2012 |

**TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for Defendants, Topson Downs of California, Inc., Target Corporation and Wal-Mart Stores, Inc. submit this Errata to Defendants' Opposition to Plaintiff's Motion for Summary Judgment, document number 44. Defendants' are in receipt of a Notice to Filer of Deficiencies in Electronically Filed Documents, document number 51, regarding the number of pages contained in the document. Defendants have contacted the Court and await further instructions. In the interim, Defendants are filing, concurrently herewith, the following revised documents:

1. Defendants' Opposition to Plaintiff's Motion for Summary Judgment (page length reduced to 20 pages); and

2. Appendix to Defendants' Opposition to Plaintiff's Motion for Summary Judgment.

In addition, Defendants' counsel inadvertently attached deposition transcript pages from Myoung Hee Chung and Howard Deutchman's depositions as exhibits to the Opposition brief itself, when they in fact, should have been part of Exhibits 1 and 2 to the Declaration of Jeffrey A. Kobulnick in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment filed July 30, 2012 as document number 50.

As such, Defendants are concurrently filing the Declaration of Jeffrey A. Kobulnick along with complete Exhibits 1 and 2.

///
///
///
///
///

1 | Counsel apologizes for any inconvenience this may have caused.

2

3 | Dated: July 31, 2012  EZRA BRUTZKUS GUBNER LLP

4

5 | By: /s/ Jeffrey A. Kobulnick
    MARK D. BRUTZKUS
6   ROBERT L. HANDLER
7   JEFFREY A. KOBULNICK
    Attorneys for Defendants,
8   TOPSON DOWNS OF CALIFORNIA,
9   INC. and TARGET CORPORATION

10

11 | Dated: July 31, 2012  FOLEY & LARDNER LLP

12

13 | By: /s/ Laura L. Chapman
    LAURA L. CHAPMAN
14  Attorneys for Defendant,
    WAL-MART STORES, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28