**<u>Exhibit 1</u>**

Stephen M. Doniger, Esq. (SBN 179314)
Internet: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Internet: scott@donigerlawfirm.com
**DONIGER/BURROUGHS, APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KWDZ MANUFACTURING, LLC, a California Corporation; ROSS STORES, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV11-08348SVW(JEM)<br><br>PLAINTIFF'S COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT;<br><br>AND<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGMENT.<br><br><u>Jury Trial Demanded</u> |

Meridian Textiles, Inc. ("Plaintiff"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## INTRODUCTION

Plaintiff creates and obtains rights to unique two-dimensional graphic artworks for use on textiles, which textiles are transacted primarily in the apparel industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these

1  designs for profit. Plaintiff's business is predicated on its ownership of these designs
2  and it spends a considerable amount of time and resources creating and obtaining top-
3  quality, marketable and aesthetically-appealing designs. Customers of Plaintiff,
4  which Plaintiff believes include Doe Defendants herein, take design samples with the
5  understanding and agreement that they will only utilize Plaintiff to reproduce said
6  designs should they wish to do so, and will not seek to make minor changes to
7  Plaintiff's proprietary work to reproduce the same elsewhere, yet use those designs in
8  furtherance of their business, including advertising, in violation of both their
9  contractual agreement with Plaintiff and Plaintiff's copyrights.

10

11                          **JURISDICTION AND VENUE**

12      1.. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101
13  et seq.

14      2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and
15  1338 (a) and (b).

16      3.  Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and
17  1400(a) in that this judicial district is the one in which a substantial part of the acts
18  and omissions giving rise to the claims occurred.

19

20                                  **PARTIES**

21      4.  Plaintiff is a corporation organized and existing under the laws of the State
22  of California, with its principal place of business in Los Angeles, California.

23      5.  Plaintiff is informed and believes and thereon alleges that Defendant
24  KWDZ MANUFACTURING, LLC. ("KWDZ") is a corporation organized and
25  existing under the laws of the State of California with its principal offices in Los
26  Angeles, California.

27

28

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 4 of 125   Page ID
Case 2:11-cv-08348-SVW-JEM   Document 9   Filed 10/07/11   Page 3 of 16   Page ID #:10
#:988

6. Plaintiff is informed and believes and thereon alleges that Defendant ROSS STORES, INC. ("ROSS") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 4440 Rosewood Dr. Pleasanton, California, 94588, and doing business in and with the State of California.

7. Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of garments to Defendant, which DOE Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments comprised of fabric printed with Plaintiff's copyrighted Designs (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement. The true names, whether corporate, individual or otherwise of Defendants DOES 1-3, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

8. Defendants DOES 4 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 5 of 125   Page ID
#:989
Case 2:11-cv-08348-SVW-JEM   Document 1   Filed 10/07/11   Page 4 of 16   Page ID #:11

1  and/or employment; and actively participated in or subsequently ratified and

2  adopted, or both, each and all of the acts or conduct alleged, with full knowledge of

3  all the facts and circumstances, including, but not limited to, full knowledge of each

4  and every violation of Plaintiff's rights and the damages to Plaintiff proximately

5  caused thereby.

6  ## CLAIMS RELATED TO DESIGN NO. S1742

7      10.Prior to the conduct complained of herein, Plaintiff created a two-

8  dimensional artwork for purposes of textile printing which it entitled "S1742" or

9  "FO3174-E" aka Judy's Shirt ("Subject Design 1").

10      11. Subject Design 1 was registered with the Copyright Office on May 15,

11  2003, receiving Registration No. VA 1-186-684. A true and correct copy of Subject

12  Design 1 with its registration certificate is attached hereto as Exhibit One.

13      12. Prior to the acts complained of herein, Plaintiff sampled and sold fabric

14  bearing Subject Design to numerous parties in the fashion and apparel industries.

15      13. Following this distribution of product bearing the Subject Design,

16  Plaintiff's investigation revealed that certain entities within the fashion and apparel

17  industries had misappropriated the Subject Design, and were selling fabric and

18  garments bearing illegal reproductions and derivations of that design. Said garments

19  include, but are not limited to, shirts sold at ROSS under SKU 400051551306

20  bearing the label "Beautees" and the RN 110135, which Plaintiff is informed and

21  believes is the Federal Trade Commission registration number for Defendant

22  KWDZ. A true and correct copy of one such garment is attached hereto as Exhibit

23  Two.

24  ///

25  ///

26  ///

27

28

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 6 of 125   Page ID
#:990
Case 2:11-cv-08348-SVW/JEM   Document 1   Filed 10/07/11   Page 5 of 16   Page ID #:12

**FIRST CLAIM FOR RELIEF**

(For Copyright Infringement - Against All Defendants, and Each)

14. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 13, inclusive, of this Complaint.

15. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Design.

16. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Design or were an illegal modification thereof.

17. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Design and by producing, distributing and/or selling Subject Garments through a nationwide network of retail stores, catalogues, and through on-line websites.

18. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

19. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

20. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the Subject Design in an amount to be established at trial.

21. Plaintiff is informed and believes and thereon alleges that the above-referenced acts of copyright infringement were committed with knowledge and/or reckless disregard of Plaintiffs copyrights, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

### (For Vicarious and/or Contributory Copyright Infringement - Against All Defendants, and Each)

22. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 22, inclusive, of this Complaint.

23. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 8 of 125   Page ID
#:992
Case 2:11-cv-08348-SVW-JEM   Document 1   Filed 10/07/11   Page 7 of 16   Page ID #:14

1    reproduction and/or subsequent sales of garments featuring the Subject Design as

2    alleged herein.

3        24. Plaintiff is informed and believes and thereon alleges that Defendants, and

4    each of them, are vicariously liable for the infringement alleged herein because they

5    had the right and ability to supervise the infringing conduct and because they had a

6    direct financial interest in the infringing conduct.

7        25. By reason of the Defendants', and each of their, acts of copyright

8    infringement as alleged above, Plaintiff has suffered and will continue to suffer

9    substantial damages to its business in an amount to be established at trial, as well as

10   additional general and special damages in an amount to be established at trial.

11       26. Due to Defendants', and each of their acts of copyright infringement as

12   alleged herein, Defendants, and each of them, have obtained direct and indirect

13   profits they would not otherwise have realized but for their infringement of the

14   Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits

15   directly and indirectly attributable to Defendants' infringement of the Subject

16   Design, in an amount to be established at trial.

17       27. Plaintiff is informed and believes and thereon alleges that the above-

18   referenced acts of copyright infringement were committed with knowledge and/or

19   reckless disregard of Plaintiffs copyrights, subjecting Defendants, and each of them,

20   to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the

21   sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within

22   the time permitted by law, Plaintiff will make its election between actual damages

23   and statutory damages.

24

25       **PRAYER FOR RELIEF**

26   Wherefore, Plaintiff prays for judgment as follows against each Defendant with

27   respect to each claim for relief:

28

a. That Defendants, their agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Design;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

e. That Plaintiff be awarded pre-judgment interest as allowed by law;

f. That Plaintiff be awarded the costs of this action; and

g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: October 6, 2011                    **DONIGER/BURROUGHS APC**

                                          By: _____
                                          Stephen M. Doniger, Esq.
                                          Attorneys for Plaintiff
                                          MERIDIAN TEXTILES, INC.

# EXHIBIT 1

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG  VA 1 – 186 – 684

EFFECTIVE DATE OF REGISTRATION

MAY 1 5 2003

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

"Judys Shirt" F03174-E

NATURE OF THIS WORK ▼ See Instructions

FABRIC DESIG

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

a  NAME OF AUTHOR ▼

MERIDIAN TEXTILES

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed ▼ 2003
This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Month ▶ APRIL   Day ▶ 15   Year ▶ 03
Complete this information ONLY if this work has been published.

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MERIDIAN TEXTILES
4599 DISTRICT BLVD
VERNON, CA 90058

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 1 5 2003
ONE DEPOSIT RECEIVED
MAY 1 5 2003
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

FUNDS RECEIVED

MORE ON BACK ▶

EXAMINED BY _SDW_

CHECKED BY

☐ CORRESPONDENCE
    Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  MERIDIAN TEXTILES          Account Number ▼  DA066265

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

MERIDIAN TEXTILES
4599 District Blvd.
Vernon, CA 90058
Ph (323) 584-3800 • Fax (323) 277-7730

Area code and daytime telephone number ▶ (    )          Fax number ▶ (    )

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MERIDIAN TEXTILES

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GRACIE BONILLA          Date ▶ 5/13/03

Handwritten signature (X) ▼

X _Gracie Bonilla_

Mail certificate to:

Name ▼  MERIDIAN TEXTILES

Number/Street/Apt ▼  4599 DISTRICT BLVD.

City/State/ZIP ▼  VERNON, CA  90058

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1998—125,000
WEB REV: July 1998          ⊕ PRINTED ON RECYCLED PAPER



Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>KWDZ MANUFACTURING, LLC, a California Corporation; ROSS STORES, INC., a Delaware Corporation; and DOES 1 through 10<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-08348 SVW (JENX)<br><br>SUMMONS |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Stephen M. Doniger_____, whose address is _DONIGER / BURROUGHS APC 300 Corporate Pointe, Ste. 355 Culver City, CA 90230_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  OCT - 7 2011  _____

By: _____   **JULIE PRADO**

Deputy Clerk

*(Seal of the Court)*

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) MERIDIAN TEXTILES, INC., a California Corporation | DEFENDANTS KWDZ MANUFACTURING, LLC, a California Corporation; ROSS STORES, INC., a Delaware Corporation, and DOES 1 through 10, |
|---|---|

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Stephen M. Doniger (SBN 179314) stephen@donigerlawfirm.com DONIGER / BURROUGHS APC 300 Corporate Pointe, Suite 355 Culver City, California 90230 (310) 590-1820 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes  ☑ No  ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. §101

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11-08348

FOR OFFICE USE ONLY:  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| MERIDIAN TEXTILES, INC. California/Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| KWDZ MANUFACTURING, LLC. - California / LA County | ROSS STORES, INC. - Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 10/05/2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV11- 8348 SVW (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
   312 N. Spring St., Rm. G-8
   Los Angeles, CA 90012

[ ] **Southern Division**
   411 West Fourth St., Rm. 1-053
   Santa Ana, CA 92701-4516

[ ] **Eastern Division**
   3470 Twelfth St., Rm. 134
   Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

FILED

2012 JUL 11  PM 3:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  Stephen M. Doniger (SBN 179314)
2  stephen@donigerlawfirm.com
   Scott A. Burroughs (SBN 235718)
3  scott@donigerlawfirm.com
4  Annie Aboulian (SBN 280693)
   annie@donigerlawfirm.com
5  **DONIGER/BURROUGHS, APC**
6  300 Corporate Pointe, Suite 355
   Culver City, California  90230
7  Telephone: (310) 590-1820
8  Facsimile: (310) 417-3538

9  Attorneys for Plaintiff

10            **UNITED STATES DISTRICT COURT**

11           **CENTRAL DISTRICT OF CALIFORNIA**

12

13  MERIDIAN TEXTILES, INC., a California    Case No: **CV 12-5983** 𝓔
14  Corporation,
                                             PLAINTIFF'S COMPLAINT FOR:
15  Plaintiff,
                                             1. COPYRIGHT
16                                              INFRINGEMENT;
17  vs.                                      AND
18  Y.M., INC., a Canadian corporation d/b/a 2. VICARIOUS AND/OR
19  Urban Planet; and DOES 1 through 10,        CONTRIBUTORY COPYRIGHT
                                                INFRINGMENT.
20  Defendants.
                                             Jury Trial Demanded
21

22      Meridian Textiles, Inc. ("Plaintiff"), by and through its undersigned attorneys,
23  hereby prays to this honorable Court for relief based on the following:
24                         **INTRODUCTION**
25      Plaintiff creates and obtains rights to unique two-dimensional graphic artworks
26  for use on textiles, which textiles are transacted primarily in the apparel industry.
27  Plaintiff owns these designs in exclusivity and makes sales of products bearing these

28
                                    1
                              COMPLAINT

designs for profit. Plaintiff's business is predicated on its ownership of these designs and it spends a considerable amount of time and resources creating and obtaining top-quality, marketable and aesthetically-appealing designs. Customers of Plaintiff, which Plaintiff believes include Doe Defendants herein, take design samples with the understanding and agreement that they will only utilize Plaintiff to reproduce said designs should they wish to do so, and will not seek to make minor changes to Plaintiff's proprietary work to reproduce the same elsewhere, yet use those designs in furtherance of their business, including advertising, in violation of both their contractual agreement with Plaintiff and Plaintiff's copyrights.

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this judicial district is the one in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff is a corporation organized and existing under the laws of the State of California, with its principal place of business in Los Angeles, California.

5. Plaintiff is informed and believes and thereon alleges that Defendant Y.M., INC. ("YM") is a corporation organized and existing under the laws of Canada with its principal place of business located at 50 Dufflaw Road, Toronto, Ontario M6A 2W1, and doing business in and with the State of California as Planet Gold.

6. Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of garments to Defendant, which DOE Defendants have manufactured and/or supplied

and are manufacturing and/or supplying garments comprised of fabric printed with Plaintiff's copyrighted Designs (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement. The true names, whether corporate, individual or otherwise of Defendants DOES 1-3, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

7. Defendants DOES 4 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO DESIGN NO. L1867

9. Prior to the conduct complained of herein, Plaintiff created a two-dimensional artwork for purposes of textile printing which it entitled "L1867" ("Subject Design 1").

10. Subject Design 1 was registered with the Copyright Office on December 14, 2010, receiving Registration No. VA 1-753-327. A true and correct copy of Subject Design 1 is set forth and identified hereinbelow.

<u>SUBJECT DESIGN 1:</u>



11. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design to numerous parties in the fashion and apparel industries.

12. Following this distribution of product bearing Subject Design 1, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated Subject Design 1, and were selling fabric and garments bearing illegal reproductions and derivations of that design. Said garments include, but are not limited to, shirts sold at Urban Planet under SKU 070128067028209300. An exemplar of said Accused Product is set forth below.

ACCUSED PRODUCT EXEMPLAR:



CLAIMS RELATED TO DESIGN NO. S2562

Case 2:12-cv-05983-JAK-MAN   Document 1   Filed 07/11/12   Page 6 of 16   Page ID #:10

13. Prior to the conduct complained of herein, Plaintiff created a two-dimensional artwork for purposes of textile printing which it entitled "S2562" ("Subject Design 2").

14. Subject Design 2 was registered with the Copyright Office on February 4, 2010, receiving Registration No. VA 1-701-457. A true and correct copy of Subject Design 2 is set forth and identified hereinbelow.

<u>SUBJECT DESIGN 2:</u>



6
COMPLAINT

15. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design 2 to numerous parties in the fashion and apparel industries.

16. Following this distribution of product bearing Subject Design 2, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated Subject Design 2, and were selling fabric and garments bearing illegal reproductions and derivations of that design. Said garments include, but are not limited to, shirts sold at Urban Planet under SKU 070128067802209300. An exemplar of said Accused Product is set forth below.

ACCUSED PRODUCT EXEMPLAR:



Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 25 of 125   Page ID
#1099
Case 2:12-cv-05983-JAK-MAN   Document 1   Filed 07/11/12   Page 8 of 16   Page ID #:12

1
2
3

## CLAIMS RELATED TO DESIGN NO. S2591

4      17. Prior to the conduct complained of herein, Plaintiff created a two-
dimensional artwork for purposes of textile printing which it entitled "S2591"
("Subject Design 3").

18. Subject Design 3 was registered with the Copyright Office on February 4,
2010, receiving Registration No. VA 1-701-529. A true and correct copy of Subject
Design 3 is set forth and identified hereinbelow.

## SUBJECT DESIGN 3:



19. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design 3 to numerous parties in the fashion and apparel industries.

20. Following this distribution of product bearing Subject Design 3, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated Subject Design 3, and were selling fabric and garments bearing illegal reproductions and derivations of that design. Said garments include, but are not limited to, shirts sold at Urban Planet under SKU 070128067208019300. An exemplar of said Accused Product is set forth below.

<u>ACCUSED PRODUCT EXEMPLAR:</u>



Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 27 of 125   Page ID
#:1011
Case 2:12-cv-05983-JAK-MAN   Document 1   Filed 07/11/12   Page 10 of 16   Page ID #:14

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

21. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 20, inclusive, of this Complaint.

22. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Designs 1, 2, and 3 (hereinafter collectively, "Subject Designs"), including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Designs by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing Subject Designs.

23. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed Subject Designs in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to Subject Designs or were an illegal modification thereof.

24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from Subject Designs and by producing, distributing and/or selling Subject Garments through a nationwide network of retail stores, catalogues, and through on-line websites.

25. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

26. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

27. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of Subject Designs in an amount to be established at trial.

28. Plaintiff is informed and believes and thereon alleges that the above-referenced acts of copyright infringement were committed with knowledge and/or reckless disregard of Plaintiffs copyrights, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement –

Against All Defendants, and Each)

29. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 28, inclusive, of this Complaint.

30. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garments featuring Subject Designs as alleged herein.

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 29 of 125   Page ID
#:1013
Case 2:12-cv-05983-JAK-MAN   Document 1   Filed 07/11/12   Page 12 of 16   Page ID #:16

31. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

32. By reason of the Defendants', and each of their, acts of copyright infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

33. Due to Defendants', and each of their acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Subject Designs, in an amount to be established at trial.

34. Plaintiff is informed and believes and thereon alleges that the above-referenced acts of copyright infringement were committed with knowledge and/or reckless disregard of Plaintiffs copyrights, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows against each Defendant with respect to each claim for relief:

    a.  That Defendants, their agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise

trafficking in any product that infringes Plaintiff's copyrights in the Subject Designs;

b.  That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c.  That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d.  That Plaintiff be awarded costs, attorneys' fees, and pre-judgment interest as allowed by law;

e.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: July 11, 2012                    DONIGER/BURROUGHS APC

                         By:  _____
                               Stephen M. Doniger, Esq.
                               Attorneys for Plaintiff
                               MERIDIAN TEXTILES, INC.

Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER/BURROUGHS, APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation, | CASE NUMBER |
| PLAINTIFF(S) | **CV12-5983** |
| v. | |
| Y.M., INC., a Canadian corporation d/b/a Urban Planet; and DOES 1 through 10, | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Stephen M. Doniger, Esq._____, whose address is _DONIGER / BURROUGHS APC 300 Corporate Pointe, Ste. 355 Culver City, CA 90230_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   JUL 11 2012
_____

By: _____MARILYN DAVIS_____
                    Deputy Clerk

                    *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MERIDIAN TEXTILES, INC., a California Corporation,

**DEFENDANTS**
Y.M., INC., a Canadian corporation d/b/a Urban Planet; and DOES 1 through 10,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Stephen M. Doniger (SBN 179314)    300 Corporate Pointe, Suite 355
Scott A. Burroughs (SBN 235718)    Culver City, California 90230
DONIGER/BURROUGHS, APC    Tel: (310) 590-1820; Fax: (310) 417-3538

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act of 1976, Title 17 U.S.C., § 101 et seq. - Action for misappropriation of Plaintiff's two-dimensional artwork used in the textile industry.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | IMMIGRATION | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 462 Naturalization Application | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:**   Case Number: **CV12-5983**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| MERIDIAN TEXTILES, INC. - Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Y.M., INC., a Canadian corporation d/b/a Urban Planet - Canada |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 7/11/2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

FILED

2011 NOV -8  PM 3: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  Stephen M. Doniger, Esq. (SBN 179314)
2  Internet: stephen@donigerlawfirm.com
   Scott A. Burroughs, Esq. (SBN 235718)
3  Internet: scott@donigerlawfirm.com
   DONIGER/BURROUGHS, APC
4  300 Corporate Pointe, Suite 355
5  Culver City, California 90230
   Telephone: (310) 590-1820
6  Facsimile: (310) 417-3538
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  MERIDIAN TEXTILES, INC., a California   Case No.:   CV11-9302-GW
12  Corporation,                                        (AJWx)

13       Plaintiff,                          PLAINTIFF'S COMPLAINT FOR:

14                                            1. COPYRIGHT
                                                INFRINGEMENT;
15  v.
                                              AND
16  WAL-MART STORES, INC., a Delaware
17  Corporation; EXTRA SPORTSWEAR, INC.,     2. VICARIOUS AND/OR
    a New York Corporation; and DOES 1          CONTRIBUTORY COPYRIGHT
18  through 10,                                 INFRINGMENT.

19                                            Jury Trial Demanded
         Defendants.
20

21       Meridian Textiles, Inc. ("Plaintiff"), by and through its undersigned attorneys,

22  hereby prays to this honorable Court for relief based on the following:

23                    JURISDICTION AND VENUE

24       1.  This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101

25  et seq.

26       2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and

27  1338 (a) and (b).

28

1

COMPLAINT

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 35 of 125   Page ID
#:1019
Case 2:11-cv-09302-GW-AJW   Document 1   Filed 11/08/11   Page 2 of 19   Page ID #:7

1    3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

2    1400(a) in that this judicial district is the one in which a substantial part of the acts

3    and omissions giving rise to the claims occurred.

4

5                                    **PARTIES**

6    4. Plaintiff is a corporation organized and existing under the laws of the State

7    of California, with its principal place of business in Los Angeles, California.

8    5. Plaintiff is informed and believes and thereon alleges that Defendant WAL-

9    MART STORES, INC. ("WAL-MART") is a corporation organized and existing

10   under the laws of the State of Delaware with its principal place of business at 702

11   SW Eighth Street, Bentonville, Arkansas 72712, and doing business in and with the

12   State of California.

13   6. Plaintiff is informed and believes and thereon alleges that Defendant

14   EXTRA SPORTSWEAR INC. ("EXTRA") is a corporation organized and existing

15   under the laws of the State of New York with its principal place of business located

16   at 1400 Broadway, Floor 26, New York, NY 10018, and doing business in and with

17   the State of California.

18   7. Plaintiff is informed and believes and thereon alleges that some of

19   Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of

20   garments to Defendant, which DOE Defendants have manufactured and/or supplied

21   and are manufacturing and/or supplying garments comprised of fabric printed with

22   Plaintiff's copyrighted Designs (as hereinafter defined) without Plaintiff's

23   knowledge or consent or have contributed to said infringement. The true names,

24   whether corporate, individual or otherwise of Defendants DOES 1-3, inclusive, are

25   presently unknown to Plaintiff, which therefore sues said Defendants by such

26   fictitious names and will seek leave to amend this complaint to show their true

27   names and capacities when same have been ascertained.

28

8. Defendants DOES 4 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO DESIGN GAUZE FLORAL F06607

10. Prior to the conduct complained of herein, Plaintiff created a two-dimensional artwork for purposes of textile printing which it entitled "F06607" or "FO66075E" aka Gauze Floral ("Subject Design").

11. The Subject Design was registered with the Copyright Office on February 1, 2007, receiving Registration No. VA 1-398-896. A true and correct copy of the Subject Design with its registration certificate is attached hereto as Exhibit One.

12. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design to numerous parties in the fashion and apparel industries.

Case 2:11-cv-08351-RGK-AGR  Document 84-1  Filed 10/01/12  Page 37 of 125  Page ID
#:1021
Case 2:11-cv-09302-GW-AJW  Document 1  Filed 11/08/11  Page 4 of 19  Page ID #:9

13. Following this distribution of product bearing the Subject Design, Plaintiff's investigation revealed that certain entities within the fashion and apparel industries had misappropriated the Subject Design, and were selling fabric and garments bearing illegal reproductions and derivations of that design. Said garments include, but are not limited to, shirts sold at WAL-MART under SKU 070377018997 and Style No. FF3119M, which Plaintiff is informed and believes was manufactured and sold to WAL-MART by EXTRA. A true and correct copy of one such garment is attached hereto as Exhibit Two.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

14. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 13, inclusive, of this Complaint.

15. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Design.

16. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject

1  Design in that said garments were composed of fabric which featured unauthorized

2  print designs that were identical or substantially similar to the Subject Design or

3  were an illegal modification thereof.

4      17. Plaintiff is informed and believes and thereon alleges that Defendants, and

5  each of them, infringed Plaintiff's copyright by creating, making and/or developing

6  directly infringing and/or derivative works from the Subject Design and by

7  producing, distributing and/or selling Subject Garments through a nationwide

8  network of retail stores, catalogues, and through on-line websites.

9      18. Due to Defendants' acts of infringement, Plaintiff has suffered substantial

10  damages to its business in an amount to be established at trial.

11      19. Due to Defendants' acts of infringement, Plaintiff has suffered general and

12  special damages in an amount to be established at trial.

13      20. Due to Defendants' acts of copyright infringement as alleged herein,

14  Defendants, and each of them, have obtained direct and indirect profits they would

15  not otherwise have realized but for their infringement of the Subject Design. As

16  such, Plaintiff is entitled to disgorgement of Defendant's profits directly and

17  indirectly attributable to Defendant's infringement of the Subject Design in an

18  amount to be established at trial.

19      21. Plaintiff is informed and believes and thereon alleges that the above-

20  referenced acts of copyright infringement were committed with knowledge and/or

21  reckless disregard of Plaintiffs copyrights, subjecting Defendants, and each of them,

22  to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the

23  sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within

24  the time permitted by law, Plaintiff will make its election between actual damages

25  and statutory damages.

26  ///

27

28

**SECOND CLAIM FOR RELIEF**

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants, and Each)

22. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 21, inclusive, of this Complaint.

23. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garments featuring the Subject Design as alleged herein.

24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

25. By reason of the Defendants', and each of their, acts of copyright infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

26. Due to Defendants', and each of their acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

27. Plaintiff is informed and believes and thereon alleges that the above-referenced acts of copyright infringement were committed with knowledge and/or reckless disregard of Plaintiffs copyrights, subjecting Defendants, and each of them,

1   to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the

2   sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within

3   the time permitted by law, Plaintiff will make its election between actual damages

4   and statutory damages.

5

6                                   **PRAYER FOR RELIEF**

7   Wherefore, Plaintiff prays for judgment as follows against each Defendant with

8   respect to each claim for relief:

9          a.  That Defendants, their agents and servants be enjoined from importing,

10             manufacturing, distributing, offering for sale, selling or otherwise

11             trafficking in any product that infringes Plaintiff's copyrights in the

12             Subject Design;

13         b.  That Plaintiff be awarded all profits of Defendants plus all losses of

14             Plaintiff, the exact sum to be proven at the time of trial, or, if elected

15             before final judgment, statutory damages as available under the

16             Copyright Act, 17 U.S.C. § 101 et seq.;

17         c.  That Plaintiff be awarded its attorneys' fees as available under the

18             Copyright Act U.S.C. § 101 et seq.;

19         d.  That Defendants, and each of them, account to Plaintiff for their profits

20             and any damages sustained by Plaintiff arising from the foregoing acts

21             of infringement;

22         e.  That Plaintiff be awarded pre-judgment interest as allowed by law;

23         f.  That Plaintiff be awarded the costs of this action; and

24         g.  That Plaintiff be awarded such further legal and equitable relief as the

25             Court deems proper.

26  ///

27  ///

28

1    Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P.

2 38 and the 7th Amendment to the United States Constitution.

3

4 Dated: November 7, 2011                                **DONIGER/BURROUGHS APC**

5

6                                                        By: _____

7                                                        Stephen M. Doniger, Esq.

8                                                        Attorneys for Plaintiff

8                                                        MERIDIAN TEXTILES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Project name
Printer name, Printer resolution, Date & Time
Company

FO_6607.TIF
Design Canon Copier-Printer - 600dpi - July 11, 2011 - 16:29
Meridian Textile(323)869-5700 Copyrighted Material (M)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE

**VA 1-398-896**

EFFECTIVE DATE OF REGISTRATION

Feb 1 2007

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
GAUZE FLORAL  F060075E

NATURE OF THIS WORK ▼ See Instructions
FABRIC DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼

**a**   MERIDIAN TEXTILES

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a**   Year in Which Creation of This Work Was Completed   2006 ◀ Year
This information must be given in all cases.

**b**   Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 15   Year ▶ 2006
Nation ▶ U.S.A.   ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MERIDIAN TEXTILES
4599 DISTRICT BLVD
VERNON, CA 90058

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 1 0 2006
ONE DEPOSIT RECEIVED
JUL 1 0 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

FUNDS RECEIVED FEB 0 1 2007

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | my/wH | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

MERIDIAN TEXTILES          DA066265

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

MERIDIAN TEXTILES
4599 DISTRICT BLVD.
VERNON, CA 90058
(323)584-3800

Area code and daytime telephone number ▶ (      )                    Fax number ▶ (      )

Email ▶

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _MERIDIAN TEXTILES_
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lorraine Kaneros                    Date ▶ 7/11/06

Handwritten signature (X) ▼

X

**8**

**Mail certificate to**

Name ▼
MERIDIAN TEXTILES

Number/Street/Apt ▼
4599 DISTRICT BLVD

City/State/ZIP ▼
VERNON, CA 90058

**Certificate will be mailed in window envelope**

**9**

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee to check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT 2



Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation | CASE NUMBER |
| PLAINTIFF(S), | **CV11-9302-GW (AJWx)** |
| v. | |
| WAL-MART STORES, INC., a Delaware Corporation; (See Attached "Schedule A") | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Stephen M. Doniger_____, whose address is __DONIGER / BURROUGHS APC 300 Corporate Pointe, Ste. 355 Culver City, CA 90230__.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __NOV - 8 2011_____

By: _____
MARILYN DAVIS
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# "SCHEDULE A"

MERIDIAN TEXTILES, INC., a California Corporation,

Plaintiff,

v.

WAL-MART STORES, INC., a Delaware Corporation; EXTRA SPORTSWEAR, INC., a New York Corporation; and DOES 1 through 10,

Defendants.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation | WAL-MART STORES, INC., a Delaware Corporation; EXTRA SPORTSWEAR, INC., a New York Corporation, and DOES 1 through 10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Stephen M. Doniger (SBN 179314) stephen@donigerlawfirm.com DONIGER / BURROUGHS APC 300 Corporate Pointe, Suite 355 Culver City, California 90230 (310) 590-1820 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant   □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify):   □ 6 Multi-District Litigation   □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes  ☑ No   □ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. § 101 et Seq

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 530 General | □ 730 Labor/Mgmt Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | BANKRUPTCY | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | | □ 345 Marine Product Liability | □ 422 Appeal 28 USC 158 | □ 550 Civil Rights | □ 760 Other Labor Litigation |
| □ 480 Consumer Credit | □ 151 Medicare Act | □ 350 Motor Vehicle | □ 423 Withdrawal 28 USC 157 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 490 Cable/Sat TV | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| □ 810 Selective Service | | □ 360 Other Personal Injury | □ 441 Voting | □ 610 Agriculture | ☑ 820 Copyrights |
| □ 850 Securities/Commodities/ Exchange | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 362 Personal Injury-Med Malpractice | □ 442 Employment | □ 620 Other Food & Drug | □ 830 Patent |
| □ 875 Customer Challenge 12 USC 3410 | □ 160 Stockholders' Suits | □ 365 Personal Injury-Product Liability | □ 443 Housing/Acco-mmodations | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| □ 890 Other Statutory Actions | □ 190 Other Contract | □ 368 Asbestos Personal Injury Product Liability | □ 444 Welfare | □ 630 Liquor Laws | SOCIAL SECURITY |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | IMMIGRATION | □ 445 American with Disabilities - Employment | □ 640 R.R. & Truck | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | □ 462 Naturalization Application | | □ 650 Airline Regs | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | REAL PROPERTY | □ 463 Habeas Corpus-Alien Detainee | □ 446 American with Disabilities - Other | □ 660 Occupational Safety /Health | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | □ 465 Other Immigration Actions | □ 440 Other Civil Rights | □ 690 Other | □ 864 SSID Title XVI |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | | | | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Determination Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| □ 950 Constitutionality of State Statutes | □ 240 Torts to Land | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| | □ 245 Tort Product Liability | | | | □ 871 IRS-Third Party 26 USC 7609 |
| | □ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: _____ CV11 - 9302

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| MERIDIAN TEXTILES, INC. - California/Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | WAL-MART STORES, INC. - Delaware<br>EXTRA SPORTSWEAR, INC. - New York |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 11/07/2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV11- 9302 GW (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

1   ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
    JEFFREY K. RIFFER, State Bar No. 87016
2      *jriffer@elkinskalt.com*
    SUSAN C.V. JONES, State Bar No. 149446
3      *sjones@elkinskalt.com*
    OHIA A. AMADI, State Bar No. 268876
4      *oamadi@elkinskalt.com*
    2049 Century Park East, Suite 2700
5   Los Angeles, California 90067-3202
    Telephone: 310.746.4400
6   Facsimile: 310.746.4499

7   Attorneys for Plaintiff Meridian Textiles, Inc.

8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12   MERIDIAN TEXTILES, INC., a            CASE No.
     California corporation,
13                                         PLAINTIFF'S COMPLAINT FOR:
                 Plaintiff,
14                                         DIRECT AND VICARIOUS
           v.                              LIABILITY FOR COPYRIGHT
15                                         INFRINGEMENT
     DESIRE LLC, dba RUNWAY
16   TEXTILES, a California limited
     liability company; L. SCOTT          DEMAND FOR JURY TRIAL
17   APPAREL, INC., dba 6 DEGREES
     CLOTHING, California corporation;
18   MACY'S INC., a Delaware corporation;
     and DOES 1 through 10, inclusive,
19
                 Defendants.
20

21

22

23

24

25

26

27

28

143776v1

COMPLAINT

*Case No. CV11-08840 RGK(AGRx)* (handwritten)

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
11 OCT 25 PM 3:44
BY:

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 54 of 125   Page ID
#:1038
Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 2 of 26   Page ID #:12

<div style="float:left">
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499
</div>

1   Meridian Textiles, Inc. ("Meridian"), by and through its undersigned

2   attorneys, hereby prays to this honorable Court for relief based on the following:

3   **INTRODUCTION**

4   Meridian creates and obtains rights to unique two-dimensional graphic

5   artwork designs, for use in textiles, which are primarily for use in the apparel

6   industry. This action is brought to recover damages for Defendants' direct and

7   vicarious infringement of Meridian's copyrighted designs.

8   **JURISDICTION AND VENUE**

9   1.   This action arises under the Copyright Act of 1976, Title 17 U.S.C., §

10  101 *et seq.*

11  2.   This Court has federal question jurisdiction under 28 U.S.C. § 1331 and

12  1338(a).

13  3.   Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

14  1400(a) in that this is the judicial district in which acts constituting the alleged

15  copyright infringement were committed.  In addition, Defendants Desire, LLC, d/b/a

16  Runway Textiles ("Runway") and L. Scott Apparel Inc. / 6 Degrees Clothing ("Six

17  Degrees") have their primary places of business within this judicial district, and

18  have committed acts of copyright infringement in this judicial district.  Defendant

19  Macy's Inc. ("Macy's") has a regular and established place of business within this

20  district, and has committed acts of copyright infringement in this judicial district.

21  **PARTIES**

22  4.   Plaintiff Meridian Textiles, Inc. ("Meridian") is a corporation organized

23  and existing under the laws of the State of California with its principal place of

24  business located at 6415 Canning St. Commerce, California 90058.

25  5.   Plaintiff is informed and believes and thereon alleges that Defendant

26  Desire, LLC, d/b/a Runway Textiles ("Runway") is a limited liability company

27  organized and existing under the laws of the State of California, with its principal

28  place of business located at 1232 South Hooper Avenue, Los Angeles, California,

143776v1

2

COMPLAINT

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 55 of 125   Page ID
#:1039
Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 3 of 26   Page ID #:13

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

1    90021, and doing business in and with the State of California.

2         6.    Plaintiff is informed and believes and thereon alleges that Defendant L.

3    Scott Apparel Inc. / 6 Degrees Clothing  ("Six Degrees") is a corporation organized

4    and existing under the laws of the State of California, with its principal place of

5    business located at 1517 Mateo Street, Los Angeles, California 90021, and doing

6    business in and with the State of California.

7         7.    Plaintiff is informed and believes and thereon alleges that Defendant

8    Macy's, Inc. is a corporation organized and existing under the laws of the State of

9    Delaware, with its principal place of business located at 7 W. 7th St., Cincinnati,

10   Ohio 45202, and doing business in and with the State of California.

11        8.    Plaintiff is informed and believes and thereon alleges that some of

12   Defendants Does 1 through 3, inclusive, are manufacturers and/or vendors of

13   garments, which the Doe Defendants have manufactured and/or supplied and are

14   manufacturing and/or supplying garments comprised of fabrics printed with

15   Meridian's copyrighted designs at issue in this case (defined below), without

16   Meridian's knowledge or consent, or have contributed to said infringement. The true

17   names, whether corporate, individual or otherwise of Defendants Does 1-3,

18   inclusive, are presently unknown to Meridian, which therefore sues said Defendants

19   by such fictitious names and will seek leave to amend this complaint to show their

20   true names and capacities when same have been ascertained.

21        9.    Defendants Does 4 through 10, inclusive, are other parties not yet

22   identified who have infringed Meridian's copyrights, have contributed to the

23   infringement of Meridian's copyrights, or have engaged in one or more of the

24   wrongful practices alleged herein. The true names, whether corporate, individual or

25   otherwise, of Defendants Does 4 -10, inclusive, are presently unknown to Meridian,

26   which therefore sues said Defendants by such fictitious names, and will seek leave

27   to amend this Complaint to show their true names and capacities when same have

28   been ascertained.

143776v1

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

10. Meridian is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Meridian's rights and the damages to Meridian proximately caused thereby.

## MERIDIAN'S COPYRIGHTED DESIGNS

11. Meridian creates and obtains rights to unique two-dimensional designs, prints and manufactured printed textiles, primarily for use on textiles for the apparel industry. Meridian owns these designs exclusively, and makes sales of textiles and products bearing these designs for profit. Meridian's business is predicated upon its exclusive ownership of its designs, and Meridian invests considerable resources to creation, development and acquisition of top-quality, marketable, original and aesthetically-appealing designs.

12. Meridian produces its designs on textiles and fabrics that will then be used by its apparel industry clients to fabricate garments and other items. Clients obtain samples of the designs from Meridian, for the clients' use in designing garments and apparel. These clients obtain such samples upon the understanding that Meridian is the only party authorized to reproduce the designs, and that the client will neither seek to have another entity replicate Meridian's designs, nor make minor changes to the design (and then have it reproduced by another party), in violation of Meridian's rights.

13. Prior to the conduct complained of herein, Meridian composed a design assigned Meridian's Internal Design Number S2421, also known as "Big Bang Floral" design ("Big Bang Floral Design"). The Big Bang Floral Design was

143776v1

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 57 of 125   Page ID
#:1041
Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 5 of 26   Page ID #:15

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

1  registered with the Copyright Office on December 16, 2009, receiving Registration

2  No. VA-1-696-855.  A true and correct copy of the Big Bang Floral Design, with its

3  registration certificate, is attached hereto as Exhibit A.

4  **DEFENDANTS' COPYING OF MERIDIAN'S COPYRIGHTED DESIGNS**

5      14.    Prior to the conduct complained of herein, Meridian sampled and sold

6  fabric bearing the Big Bang Floral Design to numerous parties in the fashion and

7  apparel industries.

8      15.    Following the distribution of products containing the Big Bang Floral

9  Design, Meridian's investigation revealed that Defendants had misappropriated

10  and/or copied the Big Bang Floral Design, and were selling fabric and garments

11  bearing illegal reproductions and derivations of the Big Bang Floral Design.

12      16.    Meridian is informed and believes and thereon alleges that, without

13  Meridian's authorization, Defendants, and each of them, purchased, sold,

14  manufactured, caused to be manufactured, imported and/or distributed fabric

15  ("Infringing Fabric") and/or garments (hereinafter "Infringing Garments")

16  comprised of fabric featuring designs which are identical to, or substantially similar

17  to the Meridian Designs.

18      17.    Meridian is informed and believes and thereon alleges Defendants, and

19  each of them, had access to the Meridian Designs, including, without limitation,

20  through (a) access to Meridian's showroom and/or design library; (b) access to

21  illegally distributed copies of the Meridian Designs by third-party vendors and/or

22  Doe Defendants, including without limitation international and/or overseas

23  converters and printing mills; (c) access to Meridian s strike-offs and samples,

24  and/or (d) garments in the marketplace comprised of lawfully printed fabric bearing

25  the designs at issue in this case.

26      18.    Meridian is informed and believes that Defendant Six Degrees

27  manufactures garments and/or is a garment vendor.  In or about October 2009, an

28  employee of Defendant Six Degrees purchased a sample encad of the Big Bang

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 58 of 125   Page ID
#:1042
Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 6 of 26   Page ID #:16

1   Floral Design directly from Meridian.

2       19.    Meridian is informed and believes and thereon alleges that Defendant

3   Runway is a textile manufacturer.  Upon information and belief, after acquiring the

4   sample of Meridian's Big Bang Floral Design, Defendant Six Degrees retained

5   Defendant Runway to produce a textile utilizing Meridian's Big Bang Floral Design

6   – either exactly, or  substantially similar to the Big Bang Floral – without

7   authorization, approval or license of said design from Meridian.  On information and

8   belief, Six Degrees provided Runway with the sample of the Big Bang Floral Design

9   encad it had purchased from Meridian.  Meridian is further informed that Defendant

10  Runway manufactured fabric utilizing the Big Bang Floral Design (the "Infringing

11  Fabric"), and sold that Infringing Fabric to Defendant Six Degrees for incorporation

12  into garments and apparel.  Upon information and belief, Defendant Six Degrees

13  had the right and ability to supervise or control Runway's production of the

14  Infringing Fabric and had a direct financial benefit from that activity.

15      20.    Meridian is informed and believes that Defendant Six Degrees

16  purchased the Infringing Fabric and then utilized that fabric in manufacturing the

17  Infringing Garments.  Meridian is further informed and believes that Defendant Six

18  Degrees then distributed and sold the Infringing Garments to retailers, including

19  Defendant Macy's Inc.

20      21.    Meridian is informed and believes that Defendant Macy's is a retailer

21  of, among other things, clothing and apparel, through its stores throughout the

22  United States and elsewhere.  Meridian is further informed and believes that

23  Defendant Macy's ordered and/or purchased or otherwise acquired the Infringing

24  Garments from Defendant Six Degrees, and distributed and sold them in its stores

25  throughout the United States and elsewhere.

26      22.    Attached as Exhibit B to this Complaint are photographs of one of the

27  Infringing Garments, a woman's shirt, bearing the label "6 degrees", sold under SKU

28  840807099407, which was purchased at a Macy's store on June 1, 2010.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

143776v1

<u>FIRST CLAIM FOR RELIEF</u>

(For Copyright Infringement re Infringing Fabrics - Against Defendants Runway and Six Degrees and Defendants Does 1-3)

23.    Meridian repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 22, inclusive, of this Complaint.

24.    Meridian is informed and believes and thereon alleges that Defendants Runway and Six Degrees and Defendants Does 1-3, and each of them, had access to the Meridian Designs, including, without limitation, through (a) access to Meridian's showroom and/or design library; (b) access to illegally distributed copies of the Subject Designs by third-party vendors and/or Doe Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Meridian s strike-offs and samples, and/or (d) garments in the marketplace comprised of lawfully printed fabric bearing the designs at issue in this case.

25.    Meridian is informed and believes and thereon alleges that Defendants Runway and Six Degrees, and each of Defendants Does 1-3, manufactures fabrics, textiles and/or garments and/or is a garment designer.

26.    Meridian is informed and believes and thereon alleges that Defendants Runway and Six Degrees and Defendants Does 1-3, and each of them, infringed Meridian's copyrights by creating, making and/or developing directly infringing and/or derivative works from the Big Bang Floral Design, including Infringing Fabrics bearing designs that are identical to or substantially similar to the Big Bang Floral Design.

27.    Meridian is further informed and believes that Defendants Runway and Six Degrees and Defendants Does 1-3, and each of them, infringed Meridian's copyrights by distributing and/or selling Infringing Fabrics through a nationwide network of retail stores and through on-line websites.

28.    Due to these Defendants' acts of infringement, Meridian has suffered

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

1   substantial damages to its business in an amount to be established at trial.

2       29.     Due to these Defendants' acts of infringement, Meridian has suffered

3   general and special damages in an amount to be established at trial.

4       30.     Due to these Defendants' acts of copyright infringement as alleged

5   herein, Defendants, and each of them, have obtained direct and indirect profits they

6   would not otherwise have realized but for their infringement of Meridian's

7   copyrights. As such, Meridian is entitled to disgorgement of the profits of

8   Defendants Runway, Six Degrees and Defendants Does 1-3 directly and indirectly

9   attributable to their infringement of the Big Bang Floral Designs in an amount to be

10  established at trial.

11      31.     Meridian is informed and believes and thereon alleges that the above-

12  described acts of copyright infringement were committed with knowledge of or

13  reckless disregard for Plaintiff's copyrights, subjecting each of Defendants to

14  liability for statutory damages pursuant to 17 U.S.C. Section 504(c) in the amount of

15  up to one hundred fifty thousand dollars ($150,000) for each act of infringement.

16

17                          SECOND CLAIM FOR RELIEF

18      (For Copyright Infringement re Infringing Garments - Against Defendant Six

19                      Degrees and Defendants Does 1-3)

20      32.     Meridian repeats, realleges and incorporates herein by reference as

21  though fully set forth the allegations contained in Paragraphs 1 through 22,

22  inclusive, of this Complaint.

23      33.     Meridian is informed and believes and thereon alleges that Defendant

24  Six Degrees and Defendants Does 1-3, and each of them, had access to the Meridian

25  Designs, including, without limitation, through (a) access to Meridian's showroom

26  and/or design library; (b) access to illegally distributed copies of the Subject

27  Designs by third-party vendors and/or Doe Defendants, including without limitation

28  international and/or overseas converters and printing mills; (c) access to Meridian's

143776v1

1  strike-offs and samples, (d) garments in the marketplace comprised of lawfully

2  printed fabric bearing the designs at issue in this case, and/or (e) the Infringing

3  Fabrics.

4       34.   Meridian is informed and believes and thereon alleges that Defendants

5  Six Degrees and Defendants Does 1-3, and each of them, infringed Meridian's

6  copyrights by creating, making and/or developing directly infringing and/or

7  derivative works from the Big Bang Floral Design and by producing, distributing

8  and/or selling such infringing derivative works through a nationwide network of

9  retail stores and through on-line websites.

10      35.   Meridian is informed and believes and thereon alleges that Defendants

11  Six Degrees, and each of Defendants Does 1-3, manufactures fabrics, textiles and/or

12  garments and/or is a garment vendor.  Meridian is further informed and believes and

13  thereon alleges that said Six Degrees, and each of Defendants Does 1-3, has an

14  ongoing business relationship with Defendant Macy's, and Defendants Does 4-10,

15  and supplied garments to said retailers, which garments infringed Meridian's Big

16  Bang Floral Design in that said garments were composed of fabrics which featured

17  print designs that were identical or substantially similar to the Big Bang Floral

18  Design.

19      36.   Due to these Defendants' acts of infringement, Meridian has suffered

20  substantial damages to its business in an amount to be established at trial.

21      37.   Due to these Defendants' acts of infringement, Meridian has suffered

22  general and special damages in an amount to be established at trial.

23      38.   Due to these Defendants' acts of copyright infringement as alleged

24  herein, Defendants, and each of them, have obtained direct and indirect profits they

25  would not otherwise have realized but for their infringement of the Meridian

26  Designs.  As such, Meridian is entitled to disgorgement of the profits of Defendant

27  Six Degrees and Defendants Does 1-3 directly and indirectly attributable to their

28  infringement of the Big Bang Floral Designs in an amount to be established at trial.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

39.   Meridian is informed and believes and thereon alleges that the above-described acts of copyright infringement were committed with knowledge of or reckless disregard for Plaintiff's copyrights, subjecting each of Defendants to liability for statutory damages pursuant to 17 U.S.C. Section 504(c) in the amount of up to one hundred fifty thousand dollars ($150,000) for each act of infringement.

<u>THIRD CLAIM FOR RELIEF</u>

(For Contributory Copyright Infringement and Inducing Copyright Infringement - Against Six Degrees, Macy's and Defendants Does 4-10)

40.   Meridian repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 39, inclusive, of this Complaint.

41.   Meridian is informed and believes and thereon alleges that Defendant Six Degrees, Macy's and Defendants Does 4-10 knowingly induced, solicited, caused, participated in, materially contributed to, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of Infringing Fabrics and/or Infringing Garments featuring the Big Bang Floral Designs as alleged hereinabove, and thus are liable for copyright infringement.

42.   Meridian is informed and believes and thereon alleges that Six Degrees and Defendants Does 4-10, and each of them, are also liable for the infringement of Defendant Runway and Defendants Does 1-3 alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.  In addition, Six Degrees and Defendants Does 4-10, and each of them, are also liable for the infringement of Defendants Runway and Defendants Does 1-3 alleged herein because, with  knowledge of the infringing conduct, they induced, caused or materially contributed to the infringing conduct, including by purchasing and distributing the Infringing Fabrics and/or Infringing Garments.

43.   Meridian is informed and believes and thereon alleges that Macy's and

1 | Defendants Does 4-10 knowingly induced, solicited, caused, participated in,

2 | materially contributed to, aided and abetted in and profited from the illegal

3 | reproduction and/or subsequent sales of Infringing Garments featuring the Big Bang

4 | Floral Designs as alleged hereinabove, and thus are directly liable for copyright

5 | infringement

6 |      44.    Meridian is informed and believes and thereon alleges that Macy's and

7 | Defendants Does 4-10, and each of them, are also liable for the infringement of

8 | Defendant Six Degrees and Defendants Does 1-3 alleged herein because they had

9 | the right and ability to supervise the infringing conduct and because they had a

10 | direct financial interest in the infringing conduct. In addition, Macy's and

11 | Defendants Does 4-10, and each of them, are also liable for the infringement of

12 | Defendant Six Degrees and Defendants Does 1-3 alleged herein because, with

13 | knowledge of the infringing conduct, they induced, caused or materially contributed

14 | to the infringing conduct, including by purchasing and distributing the Infringing

15 | Garments.

16 |      45.    By reason of the Defendants', and each of their, acts of infringement as

17 | alleged above, Meridian has suffered and will continue to suffer substantial damages

18 | to its business in an amount to be established at trial, as well as additional general

19 | and special damages in an amount to be established at trial.

20 |      46.    Due to Defendants' acts of copyright infringement as alleged herein,

21 | Defendants, and each of them, have obtained direct and indirect profits they would

22 | not otherwise have realized but for their infringement of the Meridian Designs. As

23 | such, Meridian is entitled to disgorgement from Six Degrees and Macy's and

24 | Defendants Does 4-10 of all profits directly and indirectly attributable to their direct

25 | and vicarious infringement of the Big Bang Floral Designs, in an amount to be

26 | established at trial.

27 |      47.    Meridian is informed and believes and thereon alleges that the above-

28 | described acts of copyright infringement were committed with knowledge of or

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

143776v1

11

1  reckless disregard for Plaintiff's copyrights, subjecting each of Defendants to

2  liability for statutory damages pursuant to 17 U.S.C. Section 504(c), the amount of

3  up to one hundred fifty thousand dollars ($150,000) for each act of infringement.

4

5  PRAYER FOR RELIEF

6  Wherefore, Meridian prays for judgment as follows:

7  Against All Defendants With Respect to Each Claim for Relief

8  (a) That Defendants, their agents and servants be enjoined from

9  infringing Meridian's copyrights in any manner;

10  (b) That Meridian be awarded all profits of Defendants attributable to

11  the infringing actions allege herein, plus all losses of Meridian, the

12  exact sum to be proven at the time of trial, or, if elected before final

13  judgment, statutory damages as available under the Copyright Act,

14  17 U.S.C. § 101 et seq.;

15  (c) That Meridian be awarded its attorneys' fees as available under the

16  Copyright Act U.S.C. § 101 et seq.;

17  (d) That Meridian be awarded pre-judgment interest as allowed by law;

18  (e) That Meridian be awarded the costs of this action; and

19  (f) That Meridian be awarded such further legal and equitable relief as

20  the Court deems proper.

21

22  DATED: October 25, 2011        ELKINS KALT WEINTRAUB REUBEN
                                   GARTSIDE LLP
23

24

25  By: _____

26      Jeffrey K. Riffer
        Attorneys for Plaintiff Meridian Textiles, Inc.
27

28

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

1

## <u>DEMAND FOR TRIAL BY JURY</u>

2       Meridian hereby demands a trial by jury in this action pursuant to F.R.C.P. 38

3   and the Seventh Amendment of the Constitution.

4

5

6   DATED: October 25, 2011        ELKINS KALT WEINTRAUB REUBEN
                                    GARTSIDE LLP
7

8

9                                   By: _____

10                                      Jeffrey K. Riffer
                                        Attorneys for Plaintiff Meridian Textiles, Inc.
11

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400 • Facsimile: 310.746.4499

143776v1

13
COMPLAINT

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 66 of 125   Page ID
#:1050
Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 14 of 26   Page ID #:24

# Exhibit A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-696-855**

**Effective date of registration:**

December 16, 2009

---

**Title** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
       **Title of Work:** S2420,S2421,S2422,S2423

**Completion/ Publication** ━━━━━━━━━━━━━━━━
    **Year of Completion:** 2009
  **Date of 1st Publication:** August 31, 2009     **Nation of 1st Publication:** United States

**Author** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
          ■     **Author:** MERIDIAN TEXTILE
      **Author Created:** 2-D artwork

    **Work made for hire:** Yes
         **Citizen of:** United States       **Domiciled in:** United States

**Copyright claimant** ━━━━━━━━━━━━━━━━━━━━
  **Copyright Claimant:** MERIDIAN TEXTILE

                   6415 CANNING ST, COMMERCE, CA

**Rights and Permissions** ━━━━━━━━━━━━━━━━
    **Organization Name:** MERIDIAN TEXTILE
          **Name:** jemy  song
          **Email:** jennys@meridiantex.com     **Telephone:**  323-584-3800
       **Address:** 6415 CANNING ST.

                   CITY OF COMMERCE, CA 90040

**Certification** ━━━━━━━━━━━━━━━━━━━━━━━━
          **Name:** MYOUNG CHUNG
           **Date:** December 15, 2009

Exhibit A-1
15

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 68 of 125   Page ID
#:1052
Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 16 of 26   Page ID #:26

Registration #:    VA0001696855

Service Request #:   1-294093597

MERIDIAN TEXTILE
jenny song
6415 CANNING ST.
CITY OF COMMERCE, CA 90040

Electronic Copyright Office (eCO)                                                        Page 1 of 1

**Copyright**
United States Copyright Office

Home | ☆ | My Profile | Contact Us | Help | Log Out

| Form | Pay | Submit Work |

**Review Submission**

[<< Back]   [Save For Later]   [Save Template]                  [Add to Cart]

- Type of Work
- Titles
- Publication / Completion
- Authors
- Claimants
- Limitation of Claim
- Rights & Permissions
- Correspondent
- Mail Certificate
- Special Handling
- Certification
- **Review Submission**

Please review the entire submission on this screen. If you need to revise any information, return to the appropriate data entry screen to make the revision. When the entire submission is correct, click the "Add to Cart" button at the top of the screen. Warning: Once you submit your application, you cannot make changes to it. Therefore, please review the information on this screen carefully before proceeding.

**Case Summary**

Case Number: 1-294093597                     Case Type: Work of the Visual Arts
Contact Name: jenny song                     Opened: 12/10/2009

**Update Activity**

| Comments | Activity Type | Status | Created ▼ |
|---|---|---|---|

**All Titles**

| Title of Work | Volume | Number | Issue Date | Type |
|---|---|---|---|---|
| 52420,52421,52422,52423 | | | | Title of work being r... |

**Publication/Completion**

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type |
|---|---|---|---|---|
| Yes | 2009 | 8/31/2009 | United States | |

**Authors & Contributions (VA)**

| Name | Organization Name | Work For Hire | Doing business as | Citizenship | Domicile | Year of Birth | Year of Death | Anonymous | Pseudonymous | Pseudonym | Text | Photo | Jet... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MERIDIAN TEXTILE | Yes | | United States | United States | | | N | N | | | | |

**Claimants**

| Name | Organization Name | DBA | Transfer Statement | Transfer Stmt Other |
|---|---|---|---|---|
| | MERIDIAN TEXTILE | | | |

**Claim Limitations review (VA)**

| Material Excluded | New Material Included |
|---|---|
| Text | |
| Jewelry | |
| Photograph(s) | |
| 2D Artwork | |
| 3D Artwork | |
| Architectural | |
| Map and/or Technical Drawing | |
| Other | Map a... |

**Rights & Permissions**

First Name: jenny
Middle Name:
Last Name: song
Email: jennys@meridianlex.com
Phone: (323) 584-3800
Alternate Phone:

Organizat...

Po...

**Correspondent**

First Name: jenny
Middle Name:
Last Name: song
Email: jennys@meridianlex.com
Phone: (323) 584-3800
Alternate Phone:
Fax:

Organizat...

Po...

**Mail Certificate**

First Name: jenny
Middle Name:
Last Name: song

Organization Name: MERIDIA...
Address 1: 6415 CA
Address 2:
City: CITY OF
State: CA
Postal Code: 90040
Country:

Exhibit A-3
17

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 70 of 125   Page ID
#:1054
Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 18 of 26   Page ID #:28

# Exhibit B



S2420.tif                                   S2421.tif

      

S2422.tif                                   S2423.tif

Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 20 of 26   Page ID #:30



Exhibit B-2
20

Case 2:11-cv-08840-RGK-AGR  Document 1  Filed 10/25/11  Page 21 of 26  Page ID #:31



Exhibit B-3
21

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV11- 8840 RGK (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [_] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [_] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Jeffrey K. Riffer, SBN 87016; jriffer@elkinskalt.com
Susan C.V. Jones, SBN 149446; sjones@elkinskalt.com
Ohia A. Amadi, SBN 268876; oamadi@elkinskalt.com
Elkins Kalt Weintraub Reuben Gartside, LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067
Tel: (310) 746-4400
Fax: (310) 746-4499

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California corporation, <br><br> PLAINTIFF(S) <br><br> v. <br><br> DESIRE LLC, dba RUNWAY TEXTILES, a California limited liability company; L. SCOTT APPAREL, INC., dba 6 DEGREES CLOTHING, California corporation; MACY'S, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV11-08840 RGK (AGRx) <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S): Desire, LLC, dba Runway Textiles,  L. Scott Apparel, Inc., dba 6 Degrees Clothing and Macy's, Inc.

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Jeffrey K. Riffer _____, whose address is 2049 Century Park East, Suite 2700, Los Angeles, California 90067 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   OCT 2 5 2011

By: _____
       Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Jeffrey K. Riffer, SBN 87016; jriffer@elkinskalt.com
Susan C.V. Jones, SBN 149446; sjones@elkinskalt.com
Ohia A. Amadi, SBN 268876; oamadi@elkinskalt.com
Elkins Kalt Weintraub Reuben Gartside, LLP
2049 Century Park East, Suite 2700
Los Angeles, California 90067
Tel: (310) 746-4400
Fax: (310) 746-4499

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DESIRE LLC, dba RUNWAY TEXTILES, a California limited liability company; L. SCOTT APPAREL, INC., dba 6 DEGREES CLOTHING, California corporation; MACY'S, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-08840 RGK (AGRx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>Desire, LLC, dba Runway Textiles,  L. Scott Apparel, Inc., dba 6 Degrees Clothing</u>
<u>and Macy's, Inc.</u>

A lawsuit has been filed against you.

Within   __21__   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Jeffrey K. Riffer</u>, whose address is <u>2049 Century Park East, Suite 2700, Los Angeles, California 90067</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   OCT 2 5 2011

By: _____
     Deputy Clerk

     JULIE PRADO

     *(Seal of the Court)*

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                              **SUMMONS**

Case 2:11-cv-08840-RGK-AGR   Document 1   Filed 10/25/11   Page 25 of 26   Page ID #:35

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MERIDIAN TEXTILES, INC., a California corporation | DESIRE LLC, dba RUNWAY TEXTILES, a California limited liability company; L. SCOTT APPAREL, INC., dba 6 DEGREES CLOTHING, California corporation; MACY'S, INC., a Delaware corporation; and DOES 1 through 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Jeffrey K. Riffer, SBN 87016<br>Susan C.V. Jones, SBN 149446; Ohia A. Amadi, SBN 268876<br>Elkins Kalt Weintraub Reuben Gartside, LLP<br>2049 Century Park East, Suite 2700, Los Angeles, California 90067<br>Tel: (310) 746-4400; Fax: (310) 746-4499 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☑ MONEY DEMANDED IN COMPLAINT: $ 150,000 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101 et seq. (copyright infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV 11- 08840

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Meridian Textiles, Inc. - Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Desire LLC - Los Angeles County<br>L. Scott Apparel, Inc. - Los Angeles County | Macy's Inc. - Ohio |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date October 25, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MERIDIAN TEXTILES, INC., a California
Corporation,

Plaintiff,

v.

DISORDERLY KIDS, LLC., a California
Limited Liability Corporation; AVALON
APPAREL GROUP, LLC., a California
Limited Liability Corporation; BELK
STORES SERVICES, INC., a North Carolina
Corporation;  THE CATO CORP., a North
Carolina Corporation; DOES 1-10

Defendants.

Case No. CV12- 06233 JFW(AJW)x

PLAINTIFF'S COMPLAINT FOR:

1. COPYRIGHT
   INFRINGEMENT;

2. VICARIOUS AND/OR
   CONTRIBUTORY
   COPYRIGHT
   INFRINGEMENT

3. BREACH OF CONTRACT

Jury Trial Demanded

Meridian Textiles, Inc. ("Plaintiff"), by and through its undersigned attorneys,

hereby prays to this honorable Court for relief based on the following:

- 1 -

COMPLAINT

## INTRODUCTION

Plaintiff creates and obtains rights to unique two-dimensional graphic artworks for use on textiles, which textiles are transacted primarily in the apparel industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit. Plaintiff's business is predicated on its ownership of these designs and it spends a considerable amount of time and resources creating and obtaining top-quality, marketable and aesthetically appealing designs. Customers of Plaintiff, which Plaintiff believes include DISORDERLY KIDS and Doe Defendants herein, take design samples with the understanding and agreement that they will only utilize Plaintiff to reproduce said designs should they wish to do so, and will not seek to make minor changes to Plaintiff's proprietary work to reproduce the same elsewhere. In violation of Plaintiff's rights, Defendants, and each of them, have used Plaintiff's designs.

Defendant DISORDELY has also refused to pay for past invoices due to Plaintiff for fabric and samples delivered to DISORDERLY, breaching its contractual duty to the Plaintiff.

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 et seq, and California law.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b). This Court also has supplemental jurisdiction over California statutory and common law claims pursuant to 28 U.S.C. § 1367(a) because the state law claims are so related to the federal copyright claims that they form part of the same case or controversy.

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

- 2 -

COMPLAINT

**PARTIES**

4.  Plaintiff MERIDIAN TEXTILES, INC. ("MERIDIAN") is a corporation organized and existing under the laws of the State of California with its principal place of business in Los Angeles, California.

5.  Plaintiff is informed and believes and thereon alleges that Defendant DISORDERLY KIDS, LLC. ("DISORDERLY") is a limited liability company organized and existing under the laws of the State of California and doing business in and with the state of California with its principal place of business at 6100 S Malt Ave., Commerce CA 90040.

6.  Plaintiff is informed and believes and thereon alleges that Defendant AVALON APPAREL GROUP, LLC., ("AVALON") is a limited liability company organized and existing under the laws of the State of California and doing business in and with the state of California with its principal place of business at 6100 S Malt Ave., Commerce CA 90040.

7.  Plaintiff is informed and believes and thereon alleges that Defendant BELK STORES SERVICES, INC. ("BELK") is a corporation organized and existing under the laws of the State of North Carolina and doing business in and with the state of California, with its principal place of business at 2801 W. Tyvola Rd., Charlotte, NC, 28217.

8.  Plaintiff is informed and believes and thereon alleges that Defendant THE CATO CORPORATION. ("CATO") is a corporation organized and existing under the laws of the State of North Carolina and doing business in and with the state of California, with its principal place of business at 8100 Denmark Rd., Charlotte, NC 2873.

9.  Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 through 5, inclusive, are manufacturers and/or vendors of garments to Defendant, which DOE Defendants have manufactured and/or supplied

- 3 -

and are manufacturing and/or supplying garments comprised of fabric printed with Plaintiff's copyrighted designs(s) (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement. The true names, whether corporate, individual or otherwise of Defendants DOES 1-5, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

10.Defendants DOES 6 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

11.Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

///

///

- 4 -

COMPLAINT

**CLAIMS RELATED TO DESIGN NO. G1072**

12. Plaintiff holds a valid copyright in an original work of art styled "G1072" ("Subject Design 1"), and has registered that work with the United States Copyright Office.  An image of said design is attached hereto as Exhibit "1".

13. In accordance with standard business practices, Plaintiff sampled and sold fabric bearing the Subject Design 1 to numerous parties in the apparel industry.

14. Following said sampling and sales, Plaintiff found unauthorized copies of said designs for sale in the marketplace, including but not limited to the following offending garments:

    a. Garments sold at BELK under SKUs including 884918203780 and bearing the label "New Directions", an image of one such garment is attached hereto as  Exhibit "2";

    b. Garments sold at CATO and bearing the label "CATO", an image of one such garment is attached hereto as Exhibit "3".

15. Section 106(3) of the Copyright Act provides that it is copyright infringement to "distribute" illegal copies of the copyrighted work "to the public by sale." Defendants, and each of them, have distributed illegal fabric and clothing to the public by sale. In doing so, Defendants have violated Plaintiff's copyright in Subject Design 1.

16. Plaintiff is informed and believes and thereon alleges that the fabric used to create the infringing garments was provided, distributed, and/or sold to above-named parties by Defendants DISORDERLY and AVALON.

17. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants DISORDERLY and AVALON, and each of them, purchased, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical to, or substantially similar to, one or more of the Subject Design.  Plaintiff

- 5 -

is informed and believes and thereon alleges that the above infringement was done with knowledge that it was infringing.

### CLAIMS RELATED TO DESIGN NO. L2038

18. Plaintiff holds a valid copyright in an original work of art styled "L2038" ("Subject Design 2"), and has registered that work with the United States Copyright Office.  An image of said design is attached hereto as Exhibit "4".

19. In accordance with standard business practices, Plaintiff sampled and sold fabric bearing the Subject Design 2 to numerous parties in the apparel industry.

20. Following said sampling and sales, Plaintiff found unauthorized copies of said designs for sale in the marketplace, including but not limited to garments sold at BELK under SKUs including 789050314199 and bearing the label "New Directions" and RN 31104, indicating that it was manufactured by or through BELK STORES., an image of one such garment is attached hereto as  Exhibit "5";

21. Section 106(3) of the Copyright Act provides that it is copyright infringement to "distribute" illegal copies of the copyrighted work "to the public by sale." Defendants, and each of them, have distributed illegal fabric and clothing to the public by sale. In doing so, Defendants have violated Plaintiff's copyright in Subject Design 2.

### CLAIMS RELATED TO DESIGN NO. S1106

22. Plaintiff holds a valid copyright in an original work of art styled "S1106" ("Subject Design 3"), and has registered that work with the United States Copyright Office.  An image of said design is attached hereto as Exhibit "6".

23. In accordance with standard business practices, Plaintiff sampled and sold fabric bearing the Subject Design 3 to numerous parties in the apparel industry.

24. Following said sampling and sales, Plaintiff found unauthorized copies of said designs for sale in the marketplace, including but not limited to garments sold at BELK under SKUs including 789050316605 and bearing the label "New Directions"

- 6 -

and RN 31104, indicating that it was manufactured by or through BELK STORES., an image of one such garment is attached hereto as  Exhibit "7";

25.Section 106(3) of the Copyright Act provides that it is copyright infringement to "distribute" illegal copies of the copyrighted work "to the public by sale." Defendants, and each of them, have distributed illegal fabric and clothing to the public by sale. In doing so, Defendants have violated Plaintiff's copyright in Subject Design 3.

26.Plaintiff is informed and believes and thereon alleges that the fabric used to create the infringing garments was provided, distributed, and/or sold to above-named parties by Defendants DISORDERLY and AVALON.

27.Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants DISORDERLY and AVALON, and each of them, purchased, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical to, or substantially similar to, one or more of the Subject Design.  Plaintiff is informed and believes and thereon alleges that the above infringement was done with knowledge that it was infringing.

## CLAIMS RELATED TO DESIGN NO. H1120

28. Plaintiff holds a valid copyright in an original work of art styled "H1120" ("Subject Design 4"), and has registered that work with the United States Copyright Office.  An image of said design is attached hereto as Exhibit "8".

29.In accordance with standard business practices, Plaintiff sampled and sold fabric bearing the Subject Design 4 to numerous parties in the apparel industry.

30.Following said sampling and sales, Plaintiff found unauthorized copies of said designs for sale in the marketplace, including but not limited to garments sold at BELK under SKUs including 789050310795 and bearing the label "New Directions"

COMPLAINT

1   and RN 31104, indicating that it was manufactured by or through BELK STORES.,

2   an image of one such garment is attached hereto as Exhibit "9";

3       31. Section 106(3) of the Copyright Act provides that it is copyright

4   infringement to "distribute" illegal copies of the copyrighted work "to the public by

5   sale." Defendants, and each of them, have distributed illegal fabric and clothing to

6   the public by sale. In doing so, Defendants have violated Plaintiff's copyright in

7   Subject Design 4.

8       32. Plaintiff is informed and believes and thereon alleges that the fabric used to

9   create the infringing garments was provided, distributed, and/or sold to above-named

10  parties by Defendants DISORDERLY and AVALON.

11      33. Plaintiff is informed and believes and thereon alleges that, without

12  Plaintiff's authorization, Defendants DISORDERLY and AVALON, and each of

13  them, purchased, sold, manufactured, caused to be manufactured, imported and/or

14  distributed fabric and/or garments comprised of fabric featuring a design which is

15  identical to, or substantially similar to, one or more of the Subject Design. Plaintiff

16  is informed and believes and thereon alleges that the above infringement was done

17  with knowledge that it was infringing.

18                **CLAIMS RELATED TO DESIGN NO. D1102**

19      34. Plaintiff holds a valid copyright in an original work of art styled "D1102"

20  ("Subject Design 5"), and has registered that work with the United States Copyright

21  Office. An image of said design is attached hereto as Exhibit "10".

22      35. In accordance with standard business practices, Plaintiff sampled and sold

23  fabric bearing the Subject Design 5 to numerous parties in the apparel industry.

24      36. Following said sampling and sales, Plaintiff found unauthorized copies of

25  said designs for sale in the marketplace, including but not limited to garments sold at

26  BELK under SKUs including 789050316667 and bearing the label "New Directions"

27

28                                  - 8 -

and RN 31104, indicating that it was manufactured by or through BELK STORES.,
an image of one such garment is attached hereto as Exhibit "11";

37.Section 106(3) of the Copyright Act provides that it is copyright
infringement to "distribute" illegal copies of the copyrighted work "to the public by
sale." Defendants, and each of them, have distributed illegal fabric and clothing to
the public by sale. In doing so, Defendants have violated Plaintiff's copyright in
Subject Design 5.

38.Plaintiff is informed and believes and thereon alleges that the fabric used to
create the infringing garments was provided, distributed, and/or sold to above-named
parties by Defendants DISORDERLY and AVALON.

39.Plaintiff is informed and believes and thereon alleges that, without
Plaintiff's authorization, Defendants DISORDERLY and AVALON, and each of
them, purchased, sold, manufactured, caused to be manufactured, imported and/or
distributed fabric and/or garments comprised of fabric featuring a design which is
identical to, or substantially similar to, one or more of the Subject Design.  Plaintiff
is informed and believes and thereon alleges that the above infringement was done
with knowledge that it was infringing.

## CLAIMS RELATED TO BREACH OF CONTRACT

40. On September 11, 2011, Plaintiff entered into a written agreement with
Defendant DISORDERLY to manufacture approximately 2,100 yards of fabric at
$2.65 per yard (hereinafter "Production Invoice").  A copy of the Production Invoice
is attached hereto as Exhibit 12.

41. On October 11, 2011, Plaintiff delivered to the Defendant 2,133 yards of
said fabric for a total price of $5,652.45.

42.On November 7, 2011, Defendant received said fabric.

43.Payment for said fabric was due January 6, 2012.

COMPLAINT

44. Although Plaintiff has made demand for payment of the $5,652.45 which remains due and owing, DISORDERLY has failed to make any of the necessary payments to satisfy this account, more than five months past due.

45. During September of 2011, Plaintiff and DISORDERLY entered into multiple written agreements by which Plaintiff agreed to deliver fabric samples to DISORDERLY.  In consideration therefore, DISORDERLY agreed to pay Plaintiff a total of $2,301.50.  A true and correct copy of one of the Sample Invoices is attached hereto as Exhibit 13.

46. On or about September 2011 and October 2011, Plaintiff delivered and DISORDERLY accepted said samples.

47. Payment for said samples were due in October of 2011.

48. Although Plaintiff has made demand for payment of the $2,301.50 which remains due and owing, DISORDERLY has failed to make the necessary payments to satisfy this account eight months past due.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

49. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 21, inclusive, of this Complaint.

50. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to

garments being sold in the marketplace made from fabric lawfully printed through Plaintiff.

51. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Design, or were an illegal modification thereof.

52. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Design and by producing, distributing and/or selling Subject Garments through a nationwide network of retail stores, catalogues, and through on-line websites.

53. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

54. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

55. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the Subject Design in an amount to be established at trial.

56. Plaintiff issued cease and desist letters to Defendants, and each of them, and is informed and believes and thereon alleges that, in spite of their receipt of the

- 11 -

1   aforementioned cease and desist demand letters, Defendants, and each of them,

2   continued to sell Subject Garments in violation of Plaintiff's rights as the copyright

3   proprietor and owner of the Subject Design.  Therefore, Defendants' acts of

4   copyright infringement as alleged above were, and continue to be, willful, intentional

5   and malicious, subjecting Defendants, and each of them, to liability for statutory

6   damages under Section 504(c)(2) of the Copyright Act in the sum of up to one

7   hundred fifty thousand dollars ($150,000) per infringement.

8        57. Defendants', and each of their, willful and intentional misappropriation

9   and/or infringement of Plaintiff's copyrighted Subject Design renders Defendants,

10  and each of them, liable for statutory damages as described herein. Within the time

11  permitted by law, Plaintiff will make its election between actual damages and

12  statutory damages.

13               **SECOND CLAIM FOR RELIEF**

14  (For Vicarious and/or Contributory Copyright Infringement - Against All Defendants,

15                        and Each)

16       58. Plaintiff repeats, realleges and incorporates herein by reference as though

17  fully set forth the allegations contained in Paragraphs 1 through 30, inclusive, of this

18  Complaint.

19       59. Plaintiff is informed and believes and thereon alleges that Defendants

20  knowingly induced, participated in, aided and abetted in and profited from the illegal

21  reproduction and/or subsequent sales of garments featuring the Subject Design as

22  alleged herein.

23       60. Plaintiff is informed and believes and thereon alleges that Defendants, and

24  each of them, are vicariously liable for the infringement alleged herein because they

25  had the right and ability to supervise the infringing conduct and because they had a

26  direct financial interest in the infringing conduct.

27

28

COMPLAINT

61. By reason of the Defendants', and each of their, acts of copyright infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

62. Due to Defendants', and each of their acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

63. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have continued to manufacture and/or sell Subject Garment after Plaintiff demanded that they cease and desist from engaging in same. Therefore, Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability therefore, including statutory damages under Section 504(c)(2) of the Copyright Act in the sum of one hundred fifty thousand dollars ($150,000) per infringement. Further, Defendants', and each of their, willful and intentional misappropriation and/or infringement of Plaintiff's copyrighted Subject Design renders Defendants, and each of them, liable for statutory damages as described herein. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## THIRD CLAIM FOR RELIEF

(For Breach of Contract – Against Defendant DISORDERLY KIDS)

64. Plaintiff repeats, realleges, and incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

- 13 -

65. On September 11, 2011 Plaintiff and DISORDERLY entered a written agreement by which Plaintiff agreed to manufacture approximately 2,100 yards of fabric. In consideration therefore, DISORDERLY agreed to pay Plaintiff $2.65 per yard of fabric. A true and correct copy of one of Production Invoices is attached hereto as Exhibit 12.

66. Thereafter, on October 11, 2011, Plaintiff delivered 2,133 of said fabric worth a total of $5,652.45 to DISORDERLY. DISORDERLY accepted said fabric. Plaintiff has therefore fully performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of its agreement with DISORDERLY.

67. DISORDERLY has breached its agreement with Plaintiff by accepting the fabric and failing to make the necessary payments to satisfy this account five months past due.

68. During September of 2011, Plaintiff and DISORDERLY entered into multiple written agreements by which Plaintiff agreed to deliver fabric samples to DISORDERLY. In consideration therefore, DISORDERLY agreed to pay Plaintiff a total of $2,301.50. A true and correct copy of one of the Sample Invoices is attached hereto as Exhibit 13.

69. Thereafter, in October of 2011, Plaintiff delivered said samples to DISORDERLY. DISORDERLY accepted said fabric. Plaintiff has therefore fully performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of its agreement with DISORDERLY.

70. DISORDERLY has breached its agreement with Plaintiff by accepting the samples and failing to make the necessary payments to satisfy this account eight months past due.

- 14 -

COMPLAINT

71. As a direct and proximate result of DISORDERLY breach of its agreements with Plaintiff, Plaintiff has suffered damage in the sum of $7,953.95, plus interest thereon at the maximum legally permissible rate, according to proof at trial.

### **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1. <u>With Respect to Each Claim for Relief</u>

   a. That Defendants, their agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Design;

   b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

   c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

   d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

   e. That Plaintiff be awarded pre-judgment interest as allowed by law;

   f. That Plaintiff be awarded the costs of this action; and

   g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

1    Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P.

2    38 and the 7th Amendment to the United States Constitution.

3

4                                              DONIGER / BURROUGHS APC

5

6    Dated: July 18, 2012          By:   _____

7                                              Stephen M. Doniger, Esq.
                                             Attorneys for Plaintiff
8                                              MERIDIAN TEXTILES, INC.

- 16 -

COMPLAINT

# EXHIBIT 1

Project name
Printer name, Printer resolution, Date & Time
Company

G1072.TIF
EPSON Stylus Pro 4880 #1 - 360dpi -  July 11, 2011 - 11:36
Meridian Textile(323)869-5700  Copyrighted Material (M)



# EXHIBIT 2





# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5





Case 2:11-cv-08351-RGK-AGR  Document 84-1  Filed 10/01/12  Page 105 of 125  Page ID
#:1080
Case 2:12-cv-06233-JFW-AJW  Document 1  Filed 07/19/12  Page 27 of 47  Page ID #:48

# EXHIBIT 6



# EXHIBIT 7

Case 2:11-cv-08351-RGK-AGR   Document 84-1   Filed 10/01/12   Page 108 of 125   Page ID
#:1092
Case 2:12-cv-06233-JFW-AJW   Document 1   Filed 07/19/12   Page 30 of 47   Page ID #:51





# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10



# EXHIBIT 11



# EXHIBIT 12

**Invoice**

# MERIDIAN TEXTILES, INC.

6415 CANNING ST,
COMMERCE, CA 90040

Voice: (323) 869-5700,  FAX: (323) 869-5795

*Original*

No. 140378
NOV 7 11
Page#: 1

| Sold to:   1167 | Ship to: |
|---|---|
| DISORDERLY KIDS | LDP-LA |
| 6100 S MALT AVE | FIRST STEP CUTTING & FUSING, INC. |
| COMMERCE, CA 90040 | 680 RIO STREET |
| | LOS ANGELES, CA 90023 |
| 323-581-3511 | ATTN: SCOTT FAX# 323-780-8538 |

| WO #: | 75622 | Fact # | 30690 | Cust PO#: | 70065 |
|---|---|---|---|---|---|

| Terms: | NET 60 DAYS | Ship Via: | | F.O.B. | |
|---|---|---|---|---|---|
| Pmt Due: | JAN 6 12 | Ship Date: | 10/11/11 | Salesperson: | 30, MARC PARKER |

| Style | PS # | Vendor PS# | Color | Lot # | Quantity | Rolls | Price | Ext Price |
|---|---|---|---|---|---|---|---|---|
| 76681 | 257798 | 75622 | VANILLA | 75622 | 2,133.00  YDS | 0 | 2.6500  $ | 5,652.45 |
| | Print | | | Colorway: | | | | |
| | SANTORINI - POLYESTER CROCHET, 100% POLY | | | | | | | |

| Special Instructions: | Subtotal: | 2,133.00 | | 5,652.45 |
|---|---|---|---|---|
| | | Other Chrg | | 0.00 |
| | | Total: | | 5,652.45 |

NOTE: MERIDIAN TEXTILES  MAKES NO WARRANTY,  NOR SHOULD ANY BE IMPLIED, FOR THE FITNESS OR MERCHANTABILITY OF THESE FABRICS FOR
GARMENT DYE OR GARMENT WASH PROCESS. ALL CLAIMS MUST BE MADE WITHIN SEVEN DAYS FROM RECEIPT OF MERCHANDISE. NO CLAIM(S) OR
ALLOWANCE(S) CAN BE MADE AFTER THE GOODS ARE CUT OR OTHERWISE PROCESSED. NO MERCHANDISE ACCEPTED FOR RETURN WITHOUT
AUTHORIZATION.

N: WELLS FARGO CENTURY, INC (EA)

THIS ACCOUNT AND ALL THE MERCHANDISE IT REPRESENTS HAS BEEN ASSIGNED AND IS PAYABLE ONLY TO:  WELLS FARGO Trade Capital Services, Inc * P.
). BOX 360286 * PITTSBURGH, PA. 15250-6286 WHO MUST BE NOTIFIED IMMEDIATELY OF ANY OBJECTIONS TO THIS INVOICE OR THE MERCHANDISE THERE
F PAYMENT MUST BE MADE DIRECTLY TO WELLS FARGO CENTURY, INC. IN BANKABLE FUNDS AT PAR.

*THANK YOU FOR YOUR ORDER*

Case 2:11-cv-08351-RGK-AGR  Document 84-1  Filed 10/01/12  Page 119 of 125  Page ID
#:1108
Case 2:12-cv-06233-JFW-AJW  Document 1  Filed 07/19/12  Page 41 of 47  Page ID #:62

# EXHIBIT 13

# MERIDIAN TEXTILES, INC.

6415 CANNING ST,
COMMERCE, CA 90040

Voice: (323) 869-5700, FAX: (323) 869-5795

**Invoice**
**Samples**

No. 139026
SEP 23 11
Page#: 1

*Customer Copy*

| Sold to: 1167 | Ship to: |
|---|---|
| DISORDERLY KIDS | DISORDERLY KIDS |
| 6100 S MALT AVE | |
| COMMERCE, CA 90040 | 6100 S MALT AVE |
| | COMMERCE, CA 90040 |
| 323-581-3511 | |

| WO #: | 0 | Fact # | | Cust PO#: | 61895 |
|---|---|---|---|---|---|

| Terms: | NET 15 DAYS | Ship Via: | LOCAL | Delivery Note: | BOAT |
|---|---|---|---|---|---|
| Pmt Due: | OCT 8 11 | Ship Date: | 09/23/11 | Salesperson: | 30, MARC PARKER |

| Style | PS # | Vendor PS# | Color | Lot # | Quantity | | Rolls | Price | | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 76707 Print: | 256353 | 74421B | WHITE | 74421B | 5.00 | YDS | 1 | 2.5000 | $ | 12.50 |
| | | | Colorway: | | | | | | | |
| | | ANDREA - POLY CROCHET; 100% POLYESTER; 120-125 GSM | | | | | | | | |
| 76706 Print: | 256353 | 74393G | WHITE | 74393G | 3.00 | YDS | 1 | 2.5000 | $ | 7.50 |
| | | | Colorway: | | | | | | | |
| | | MAJORCA - POLY CROCHET; 100% POLYESTER; 128-135 GSM | | | | | | | | |
| 76681 Print: | 256353 | 73406K | WHITE | 73406K | 3.00 | YDS | 1 | 2.5000 | $ | 7.50 |
| | | | Colorway: | | | | | | | |
| | | SANTORINI - POLYESTER CROCHET; 100% POLYESTER; 145+-5 GSM | | | | | | | | |
| 76681 Print: | 256353 | | LIME FIZZ | 74990A | 3.00 | YDS | 1 | 2.5000 | $ | 7.50 |
| | | | Colorway: | | | | | | | |
| | | SANTORINI - POLYESTER CROCHET; 100% POLYESTER; 145+-5 GSM | | | | | | | | |
| 76681 Print: | 256353 | | ORANGE POPSICLE | 74990B | 3.00 | YDS | 1 | 2.5000 | $ | 7.50 |
| | | | Colorway: | | | | | | | |
| | | SANTORINI - POLYESTER CROCHET; 100% POLYESTER; 145+-5 GSM | | | | | | | | |
| 76681 Print: | 256353 | | PINK LIGHTENING | 74990C | 3.00 | YDS | 1 | 2.5000 | $ | 7.50 |
| | | | Colorway: | | | | | | | |
| | | SANTORINI - POLYESTER CROCHET; 100% POLYESTER; 145+-5 GSM | | | | | | | | |
| 76703 Print: | 256353 | 74258 | PFP WHT | 74258 | 3.00 | YDS | 1 | 2.5000 | $ | 7.50 |
| | | | Colorway: | | | | | | | |
| | | NIKKI - DROP NEEDLE JERSEY; 100% POLYESTER; 90+-5 GSM | | | | | | | | |
| 76703 Print: | 256353 | 75239A | ORANGE POPSICLE | 75239A | 3.00 | YDS | 1 | 2.5000 | $ | 7.50 |
| | | | Colorway: | | | | | | | |
| | | NIKKI - DROP NEEDLE JERSEY; 100% POLYESTER; 90+-5 GSM | | | | | | | | |

Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
DONIGER / BURROUGHS, APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES INC., a California Corporation<br><br>                                              PLAINTIFF(S)<br><br>                              v.<br><br>DISORDERLY KIDS, LLC., a California Limited Liability Company; et al.<br>[See Attached "Schedule A"]<br>                                              DEFENDANT(S). | CASE NUMBER<br><br>CV12-06233 JFW (AJWx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Stephen M. Doniger, Esq. , whose address is DONIGER / BURROUGHS APC, 300 Corporate Pointe, Ste. 355, Culver City, CA 90230. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JUL 1 9 2012

Clerk, U.S. District Court

Dated: _____

By: _____

**JULIE PRADO**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                                          SUMMONS

# "SCHEDULE A"

MERIDIAN TEXTILES, INC., a California Corporation,

Plaintiff,

v.

DISORDERLY KIDS, LLC., a California Limited Liability Corporation;
AVALON APPAREL GROUP, LLC., a California Limited Liability Corporation;
BELK STORES SERVICES, INC., a North Carolina Corporation;  THE CATO
CORP., a North Carolina Corporation; DOES 1-10

Defendants.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation | DISORDERLY KIDS, LLC., a California Limited Liability Corporation; et al. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Stephen M. Doniger, Esq. (SBN 179314)<br>DONIGER / BURROUGHS APC<br>300 Corporate Pointe, Suite 355  Telephone: (310) 590-1820 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No        ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 101, Defendants have imported, purchased, sold without permission product bearing Plaintiff's registered textile designs

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | IMMIGRATION | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12-06233

**FOR OFFICE USE ONLY:**  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| MERIDIAN TEXTILES, INC.- Los Angeles County | . |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| DISORDERLY KIDS, LLC.- Los Angeles County; AVALON APPAREL, LLC.- Los Angeles County | BELK STORES SERVICES, INC- North Carolina; THE CATO CORP.- North Carolina |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 7/18/2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV12- 6233 JFW (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.