**Exhibit 2**

# Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

Home | About Us | Our Practice | Lawyers | Representative Matters | News & Events | Careers | Contact Us

## Lawyers



### Adrian Pruetz
Partner

OFFICE: 10250 Constellation Blvd, 19th Floor, Los Angeles, CA 90067
CONTACT: 310.553.3000
EMAIL: apruetz@glaserweil.com

Summary | Extended Bio | Representative Matters | News

GO BACK | BACK TO LAWYERS

PRINT CV
ADD VCARD

**PRACTICE AREAS**

**INTELLECTUAL PROPERTY**
- Copyright Litigation
- Patent Litigation
- Trade Secret & Unfair Business Practices Litigation
- Trademark & Trade Dress Litigation

**EDUCATION / QUALIFICATIONS**
Marquette University Law School J.D. magna cum laude

Adrian Pruetz is one of the leading intellectual property and business trial lawyers in the United States. Chambers USA has described her as an expert in complex, high profile patent cases and one of the top ten trademark litigators nationally.

Over her 30-year career, Ms. Pruetz has been lead counsel in intellectual property cases for many well-known clients, including Nike, Roche, Mattel, Harley-Davidson, K-Swiss, Teledyne, Prudential, Abbott Laboratories, Red Bull, Fujitsu, Disney, Genentech, MediaTek, Vizio and others. Her litigation practice is focused primarily on patent, trademark, trade dress, copyright, and trade secret cases. She has first-chaired numerous jury trials, bench trials and commercial arbitrations and argued many appeals.

In 2011, the State Bar of California awarded Ms. Pruetz its prestigious IP Vanguard Award, for her achievements in the private practice of intellectual property law. She has been named one of California's "top intellectual property attorneys" and "top women litigators" by The Los Angeles Daily Journal, a "star of biotech" by The Los Angeles Business Journal and a Southern California "Super Lawyer" and "top women litigator" by Los Angeles Magazine. She has been featured in California Lawyer and California Bar Big News for her intellectual property litigation practice.

Ms. Pruetz recently won a complete defense victory for Intrado in a high-stakes trial over issues of patent infringement and indemnity involving patents in the telecommunications field. She also led the team that won summary judgment for the Roche companies, invalidating three Stanford University HIV monitoring patents and defeating Stanford's multimillion dollar patent infringement claims. She won the subsequent appeal of the Roche case before the Federal Circuit, with en banc rehearing denied, and was counsel of record before the U.S. Supreme Court, which issued a 7-2 decision in favor of Roche. Ms. Pruetz also defended Nike against a claim that its AIR JORDAN XVII basketball shoe infringed a rival shoe company's design patent, winning a summary judgment of noninfringement that she successfully defended on appeal to the Federal Circuit.

As lead counsel for plaintiff K-Swiss, Ms. Pruetz secured substantial compensatory damages, a consent judgment and a worldwide injunction prohibiting defendant Payless ShoeSource from making, advertising or selling footwear confusingly similar to the trade-dress protected footwear sold by K-Swiss. She also won several million dollars, an injunction and attorneys' fees for plaintiff Mattel in a jury trial over infringement of Mattel's HOT WHEELS trademarks and trade dress. Ms. Pruetz defended Dic Animation, Hallmark, Disney, Warner Bros. and others against claims that these defendants infringed copyrights in scripts allegedly authored by a famous screenwriter. After winning summary judgment in favor of six defendants, she won a unanimous defense jury verdict at trial in favor of the remaining five defendants, upheld on appeal.

Ms. Pruetz is a fellow of the American Bar Association and a founder of the University of Southern California IP Institute. She has been a featured speaker on intellectual property issues for USC, ACCA, LAIPLA, Price Waterhouse, Licensing Executives Society, NAMWOLF and other groups. She serves as an arbitrator for the Large Complex Case Program of the Commercial Panel of the American Arbitration Association, arbitrating intellectual property disputes.

Prior to joining the firm, Ms. Pruetz was a partner and co-founder of Pruetz Law Group. Ms. Pruetz was also previously a partner at Quinn Emanuel Urquhart Oliver & Hedges LLP for nearly 13 years, where she founded and chaired the intellectual property litigation practice. Before that, she was a partner in Morrison & Foerster, where she practiced for more than a decade. Ms. Pruetz graduated from Marquette University Law School, magna cum laude, in 1982.

Ms. Pruetz is admitted to practice before the United States Supreme Court, Courts of Appeal for the Seventh, Ninth and Federal Circuits, and United States District Courts for the Central, Northern, Southern and Eastern Districts of California, the Northern District of Illinois, the Eastern District of Texas, the District of Colorado, the Eastern and Western Districts of Wisconsin, the Eastern District of Michigan and all California state courts. She is a member of LAIPLA, INTA and the American, Federal and California Bar Associations.

Glaser, Weil, Fink, Jacobs, Howard, Avchen & Shapiro, LLP

# Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

Home | About Us | Our Practice | Lawyers | Representative Matters | News & Events | Careers | Contact Us

## Lawyers



### Erica J. Pruetz Van Loon
**Partner**

**CONTACT** | **OFFICE**
EMAIL | 10250 Constellation Blvd, 19th Floor, Los Angeles, CA 90067

Summary | Extended Bio | News

Erica Pruetz Van Loon is a partner in the Intellectual Property and Litigation departments. She focuses her practice on intellectual property, entertainment and business litigation.

Ms. Van Loon has been listed as a "Rising Star" in intellectual property litigation by Southern California Super Lawyers. She has litigated important matters for Abbott Laboratories, K-Swiss, Red Bull, Mattel, Nike, Monsanto, FTD and others. She has been a member of federal civil trial teams for patent and trade dress cases as well as complex arbitrations involving copyrights, design patents and trade secrets. She has experience in every aspect of civil litigation, from drafting pleadings and motions to taking written discovery and depositions and preparing for trial. Ms. Van Loon also prosecuted several criminal trials for the City of Anaheim.

Ms. Van Loon helped win summary judgment for Roche, invalidating Stanford's HIV test patents, and she maintained victory for Roche through the appeal to the Federal Circuit and the United States Supreme Court. She also helped win reversal of a permanent injunction and set-aside of a willfulness verdict in a patent infringement case taken on post-trial for Abbott Laboratories, avoiding millions in damages and preserving Abbott Laboratories' product line. She also obtained a very favorable settlement for K-Swiss against Payless ShoeSource and a worldwide injunction prohibiting Payless from selling shoes that are confusingly similar to K-Swiss' trademarks and trade dress. She also successfully represented Nike in a trademark action against Adidas concerning the right to use decorative striping on athletic apparel and footwear, which ended with a dismissal based on Adidas' covenant not to sue Nike over striped apparel and footwear in Nike's U.S. product line.

Ms. Van Loon is the author of "Case Closed on Open Sources" published by the Los Angeles Daily Journal and co-author of "The Sins of Our...Users? Considering Contributory and Vicarious Liability for Trademark and Copyright Infringement," published by Trademark World. She also co-authored an article entitled "Transfer of Development Rights Turns 40", which was published in the Journal of Planning and Environmental Law.

Prior to joining the firm, she was a partner and co-founder of Pruetz Law Group. Ms. Van Loon was also previously an associate at Quinn Emanuel Urquhart Oliver & Hedges LLP for over 3 years. She graduated from Loyola Law School in 2003, where she served as Articles Editor for the Loyola International & Comparative Law Review. Ms. Van Loon is the author of "Protecting Car Design Internationally: A Comparison of British and American Design Laws," published in the Loyola International & Comparative Law Review.

Ms. Van Loon was a finalist in the Gray's Inn Moot Court Competition in 2002 in London, England where she also received her Certificate of International Law from the Pace Law School London Law Program.

She earned her BA from the University of California at Berkeley in 1999. Ms. Van Loon has lived abroad in Spain and Costa Rica and is fluent in Spanish.



GO BACK | BACK TO LAWYERS

PRINT CV

ADD VCARD

### PRACTICE AREAS

**LITIGATION**
- Business Litigation

**ENTERTAINMENT**

**INTELLECTUAL PROPERTY**
- Copyright Litigation
- Patent Litigation
- Trade Secret & Unfair Business Practices Litigation
- Trademark & Trade Dress Litigation

### EDUCATION / QUALIFICATIONS
Loyola Law School J.D.
University of California, Berkeley B.A.

About Us | Practice Areas | Lawyers | Representative Matters | News & Events | Careers | Contact Us | Disclaimer | Site Map
©2011 Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP. All rights reserved. Law Firm Website by Bothwell Marketing, Inc.

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP


Robert L. Handler

Known for providing companies with insightful financial and tax analysis and strategic plans that add value, Partner Robert L. Handler believes in the importance of a thorough examination of the details of deal.

Mr. Handler chairs the firm's corporate and business practice group. For over 20 years, Handler has advised all types of businesses, from sole proprietorships to Fortune 500 companies, including manufacturers in the apparel, automotive, real estate, high technology, entertainment and financial industries. His areas of practice and counsel include business entity formation, mergers and acquisitions, loans and financing, daily operational guidance, employee and executive compensation and exit strategies.

Prior to joining Ezra Brutzkus Gubner LLP, Mr. Handler was a partner at the Los Angeles law firm Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro.

**Practice Emphasis**

- Corporate and Business Transactions
- Mergers and Acquisitions
- Business Advice and Counsel
- Licensing and Trademarks
- Commercial Real Estate

**Qualifications/Memberships**

- State Bars of California and Ohio
- Los Angeles Bar Association, Business and Corporations Law and International Law Sections
- California and American Bar Associations, Business Law Sections
- Financial Lawyers Conference

Education

- University of Southern California, J.D., 1979; Law Review, Member
- University of Michigan, B.A., 1976, with distinction

Representative matters:

- Decreased the debt load and restructured the business model of a domestic manufacturer as part of the sale of its principal division to a foreign-based multinational. The client, strengthened by an improved balance sheet, continued operating with its more profitable business segments.
- Advised and counseled an emerging growth technology company, obtained early-stage venture capital financing, developed employee and executive compensation models and negotiated software licensing agreements and real estate leases.
- Regularly provide issue specific and general advice to financial institutions with a primary focus on asset-based lending and factoring.
- Negotiated and counseled a lucrative licensing agreement for a highprofile floral designer with a national floral service provider.
- Structured and negotiated a licensing agreement on behalf of an eyewear maker with a celebrity fashion designer.
- Successfully represented a major Southern California apparel manufacturer when it was acquired by a large U.S.-based multinational.
- Counseled and guided an automotive specialty manufacturer during the sale of a division of the company to a foreign-based multinational.
- Represented a client financing an independent film for over $1 million.
- Represented the owner of an 80-unit motel in its sale to a national hospitality chain operator.

Glaser, Weil, Fink, Jacobs, Howard, Avchen & Shapiro, LLP

# Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

| Home | About Us | Our Practice | Lawyers | Representative Matters | News & Events | Careers | Contact Us |

SEARCH

GO BACK    BACK TO LAWYERS

## Lawyers




**Lauren Gibbs**
ASSOCIATE



PRINT CV

ADD VCARD

### PRACTICE AREAS

**INTELLECTUAL PROPERTY**
- Copyright Litigation
- Patent Litigation
- Trade Secret & Unfair Business Practices Litigation
- Trademark & Trade Dress Litigation

### EDUCATION / QUALIFICATIONS
Loyola Law School J.D. Dean Scholar
University of Southern California B.S.

**Summary** | **News**

Lauren Gibbs is an associate in the Intellectual Property and Litigation departments. Her practice focuses on intellectual property, entertainment and business litigation. Ms. Gibbs helps clients protect and enforce their valuable brands and copyrighted works as well as defending them against claims of infringement and false advertising by others.

Ms. Gibbs has worked on cases for such clients as Roche, K-Swiss, Harley-Davidson, Red Bull, Nero, Prudential, and many others, on a wide variety of trial and appellate matters ranging from patent, trademark and copyright to licensing and commercial disputes. She has experience in all phases of trial, including discovery, motion practice, and pretrial preparation. She is also experienced in preparing appellate briefs, and has briefed successful petitions for writs of mandamus and merits briefs.

Ms. Gibbs litigates in state and federal courts, as well as before the Trademark Trial and Appeal Board.

Prior to joining the firm, Ms. Gibbs was an associate at Pruetz Law Group. Ms. Gibbs graduated from Loyola Law School in 2007, where she was a Dean's Scholar. She earned a BS in Business Administration in 2004, with an emphasis in finance, from the University of Southern California. Ms. Gibbs is a member of the State Bar of California and the Los Angeles County Bar Association.

# Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

Home | About Us | Our Practice | Lawyers | Representative Matters | News & Events | Careers | Contact Us

GO BACK    BACK TO LAWYERS

## Lawyers



### Jessica Wood
ASSOCIATE

CONTACT
EMAIL

OFFICE
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067



PRINT CV

ADD VCARD

### Summary

Jessica Wood is an associate in the Intellectual Property and Litigation departments. She focuses her practice on copyright and trademark litigation and related business disputes. She is the author of "The Darknet: A Digital Copyright Revolution" published by the Richmond Journal of Law and Technology.

Prior to joining the firm, Ms. Wood was an associate at Pruetz Law Group. Ms. Wood graduated from the University of California, Hastings College of the Law in 2009 with a Certificate of Concentration in Intellectual Property Law. She earned a BA from the University of California at Berkeley in 2002.

Ms. Wood is a member of the State Bar of California and is admitted to practice before the United States District Court for the Central District of California. She is also a member of the Intellectual Property Section of the State Bar of California and the Beverly Hills Bar Association.

### PRACTICE AREAS

**INTELLECTUAL PROPERTY**
- Copyright Litigation
- Patent Litigation
- Trade Secret & Unfair Business Practices Litigation
- Trademark & Trade Dress Litigation

### EDUCATION / QUALIFICATIONS

University of California, Hastings College of the Law J.D.
University of California, Berkeley B.A.

About Us | Practice Areas | Lawyers | Representative Matters | News & Events | Careers | Contact Us | Disclaimer | Site Map
©2011 Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP. All rights reserved. Law Firm Website by Bothwell Marketing, Inc.