**Exhibit 3**

<u>Meridian Textiles, Inc. v. Topson Downs of California, Inc., et al.</u>
Case No. 2:11-cv-08351-RGK (AGRx)
**ATTORNEYS' FEES – INVOICES**

| Attorneys' Fees - Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP | | |
|---|---|---|
| **Closing Date** | **Invoice No.** | **Fee Total** |
| 7/31/2012 | 146993 | $ 3,917.50 |
| 8/31/2012 | 147676 | $ 38,281.27* |
| 9/27/2012 | Statement No. 302219† | $ 40,808.75** |
| | **TOTAL Attorneys' Fees:** | $ 83,007.52 |

*does not include $5,344.98 discounted from fees
**does not include $3,832.50 discounted from fees
†Invoice has not been prepared yet

## Glaser Weil Fink Jacobs
## Howard Avchen & Shapiro LLP

10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
TAX I.D. # 95-4156414

TOPSON DOWNS OF CALIFORNIA, INC.             AUGUST 13, 2012
ATTN: JILL SPIELMAN
3840 WATSEKA AVENUE
LOS ANGELES, CA 90232

RE: MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.
    ET. AL.
    OUR FILE NUMBER: 02866-021            RLH
    INVOICE NUMBER: 146993

    BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . .            0.00

    LESS PAYMENT(S) . . . . . . . . . . . . . . . . . . .            0.00
                                                           -----------
    BALANCE FORWARD . . . . . . . . . . . . . . . . . . .            0.00

    FOR PROFESSIONAL SERVICES RENDERED THROUGH  JULY 31, 2012

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/21/12 | EMAIL FROM HANDLER; REV MOTION PAPERS AGAINST TOPSON; TC W/HANDLER RE TAKING ON TOPSON DOWNS CASE AND STRATEGY<br>PARTNERS:  ADRIAN M. PRUETZ | 1.00 | 800.00 |
| 07/23/12 | TCS W/HANDLER RE CASE STRATEGY<br>PARTNERS:  ADRIAN M. PRUETZ | .50 | 400.00 |
| 07/26/12 | TC W/ROB RE CASE STRATEGY<br>PARTNERS:  ADRIAN M. PRUETZ | .25 | 200.00 |
| 07/28/12 | REV DECLARATIONS OF NELLOR, RASKIN, MAROTTI AND ANDINO AND SUGGEST CHANGES; REV OPPO AND SUGGEST CHANGES<br>PARTNERS:  ADRIAN M. PRUETZ | 1.75 | 1400.00 |
| 07/29/12 | REV ITC DECL.; REV WALMART COMMENTS AND TC W/HANDLER RE HEARING AND RELATED<br>PARTNERS:  ADRIAN M. PRUETZ | .75 | 600.00 |
| 07/31/12 | CREATED NOTEBOOK RE MSJ FOR ATTORNEYS ERICA VAN LOON AND ADRIAN PRUETZ.<br>PARALEGALS:  KEILE JACQUAY | 2.25 | 517.50 |

```
TOPSON DOWNS OF CALIFORNIA, INC.              AUGUST 13, 2012      PAGE    2
FILE NUMBER: 02866-021
INVOICE NO.: 146993
```

```
          FEES:                                              3917.50


   *-----------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER---------*   RATE    HOURS              FEES
   ADRIAN M. PRUETZ                 800.00    4.25           3400.00
   KEILE JACQUAY                    230.00    2.25            517.50



          SUB-TOTAL OF CURRENT PERIOD CHARGES . . .    3917.50


          TOTAL AMOUNT DUE: . . . . . . . . . . . . . . . .    3917.50
```

```
          IF YOU SHOULD HAVE ANY QUESTIONS, OR REQUIRE
          ANY ADDITIONAL INFORMATION REGARDING THIS INVOICE,
          PLEASE CONTACT BILLING DEPARTMENT AT (310) 282-6233.


          PLEASE RETURN REMITTANCE COPY WITH PAYMENT.
```

**Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP**

10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
TAX I.D. # 95-4156414

REMITTANCE ADVICE

TOPSON DOWNS OF CALIFORNIA, INC.                AUGUST 13, 2012
ATTN: JILL SPIELMAN
3840 WATSEKA AVENUE
LOS ANGELES, CA 90232


RE: MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.
    ET. AL.
    OUR FILE NUMBER: 02866-021             RLH
    INVOICE NUMBER: 146993

    BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . .      0.00
    LESS PAYMENT(S) . . . . . . . . . . . . . . . . . . .      0.00
                                                          -----------
    BALANCE FORWARD . . . . . . . . . . . . . . . . . . .      0.00

    FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2012

    FEES. . . . . . . . . . . . . . . . . . . . . . . . .   3917.50
                                                          -----------
    SUB-TOTAL OF CURRENT PERIOD CHARGES . . . . . . . . .   3917.50
                                                          -----------
    TOTAL AMOUNT DUE. . . . . . . . . . . . . . . . . . .   3917.50

# Glaser Weil Fink Jacobs
# Howard Avchen & Shapiro LLP

10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
TAX I.D. # 95-4156414

```
TOPSON DOWNS OF CALIFORNIA, INC.              SEPTEMBER 25, 2012
ATTN: JILL SPIELMAN
3840 WATSEKA AVENUE
LOS ANGELES, CA 90232



RE: MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.
    ET. AL.
    OUR FILE NUMBER: 02866-021            RLH
    INVOICE NUMBER: 147676

        BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . .      3917.50

        LESS PAYMENT(S) . . . . . . . . . . . . . . . . .           0.00
                                                              -----------
        BALANCE FORWARD . . . . . . . . . . . . . . . . .        3917.50

        FOR PROFESSIONAL SERVICES RENDERED THROUGH  AUGUST 31, 2012

08/02/12 UPDATING ATTORNEY NOTEBOOKS IN PREPARATION FOR    1.25   287.50
         MSJ FILING AND HEARING.
         PARALEGALS:  KEILE JACQUAY

08/06/12 REV REPLY BRIEF                                    .50   320.00
         PARTNERS:  ADRIAN M. PRUETZ

08/07/12 REVIEW DESIGNS FOR POTENTIAL TRADEMARK             .25   125.00
         INFRINGEMENT AND ADVISE CLIENT
         PARTNERS:  ERICA J. VAN LOON

08/08/12 REVIEW CORRESPONDENCE FROM EBG RE TOPSON-         1.50   787.50
         MERIDIAN CASE; OFFICE CONFERENCES WITH A PRUETZ
         RE CASE
         PARTNERS:  ROBERT HANDLER

08/08/12 UPDATING ATTORNEY NOTEBOOK IN PREPARATION FOR      .75   172.50
         MSJ HEARING.
         PARALEGALS:  KEILE JACQUAY

08/09/12 ATTN TO ADDITIONAL FILINGS; ATTN TO TARGET         .50   320.00
         REPRESENTATION; TC W/HANDLER RE STRATEGY
         PARTNERS:  ADRIAN M. PRUETZ
```

```
TOPSON DOWNS OF CALIFORNIA, INC.                    SEPTEMBER 25, 2012 PAGE    2
FILE NUMBER: 02866-021
INVOICE NO.: 147676


08/09/12  OFFICE CONFERENCE RE STRATEGY, SUBSTITUTION OF       .50    262.50
          COUNSEL; ETC.; TELEPHONE CALL TO TARGET
          PARTNERS:   ROBERT HANDLER


08/10/12  REVIEW MATERIALS FROM R. HANDLER; REVIEW REPLY      1.50    750.00
          BRIEF
          PARTNERS:   ERICA J. VAN LOON


08/10/12  OFFICE CONFERENCE RE STRATEGY; REVIEW DOCUMENTS     1.00    525.00
          PARTNERS:   ROBERT HANDLER


08/10/12  OFFICE CONFERENCE RE MSJ HEARING; REVIEW OF          .75    393.75
          EVIDENCE
          PARTNERS:   ROBERT HANDLER


08/12/12  REVIEW SUMMARY JUDGMENT PAPERS                      2.50   1250.00
          PARTNERS:   ERICA J. VAN LOON


08/13/12  ATTN TO EXPERT DEADLINES AND RELATED                 .50    320.00
          PARTNERS:   ADRIAN M. PRUETZ


08/13/12  REVIEW UPCOMING DEADLINES; SUPERVISE                2.00   1000.00
          PREPARATION OF DEPO LODGING AND PREPARATION OF
          EXPERT REPORTS
          PARTNERS:   ERICA J. VAN LOON


08/13/12  REVIEW FILES RECEIVED FROM EBG; OFFICE              3.00 NO CHARGE
          CONFERENCES RE DOCUMENTS; TELEPHONE CONFERENCE
          WITH J KOBULNICK RE ISSUES
          PARTNERS:   ROBERT HANDLER


08/13/12  PERFORM LEGAL RESEARCH RE LODGING DEPOSITION        1.75    533.75
          TRANSCRIPTS FOR MOTION FOR SUMMARY JUDGMENT
          HEARING; PERFORM FACTUAL RESEARCH RE EXPERT
          REPORTS; COMMUNICATE WITH EJV RE SAME
          ASSOCIATES:  JESSICA A. WOOD


08/14/12  ATTN TO EXPERT REPORTS                               .75    480.00
          PARTNERS:   ADRIAN M. PRUETZ


08/14/12  COMMUNICATE WITH POTENTIAL EXPERTS AND REVIEW       9.25   4625.00
          AND REVISE EXPERT REPORTS; COMMUNICATE WITH
          OPPOSING COUNSEL; COMMUNICATE WITH R. HANDLER
          RE EXPERT REPORTS
          PARTNERS:   ERICA J. VAN LOON
```

```
TOPSON DOWNS OF CALIFORNIA, INC.              SEPTEMBER 25, 2012 PAGE   3
FILE NUMBER: 02866-021
INVOICE NO.: 147676

08/14/12  TELEPHONE CONFERENCE WITH TARGET ATTORNEY;           5.00   2625.00
          CONFERENCES WITH LITIGATORS; CORRESPONDENCE TO
          J. WIRHT AND J. POYER RE CASE; [REDACTED]
          [REDACTED]; REVIEW
          CORRESPONDENCE FROM EBG AND COURT; TELEPHONE
          CONFERENCES WITH PROSPECTIVE EXPERTS; [REDACTED]
          [REDACTED]
          PARTNERS:  ROBERT HANDLER

          [REDACTED]

08/14/12  COMMUNICATE WITH EJV RE EXPERT REPORTS; DRAFT        6.50   1982.50
          YOUNG EXPERT REPORT; REVISE SAME; DRAFT NELLOR
          EXPERT REPORT; REVIEW COURT CALENDAR OF
          UPCOMING DEADLINES
          ASSOCIATES:  JESSICA A. WOOD

08/15/12  REV EXPERT REPORT AND COMMENT RE SAME                 .25    160.00
          PARTNERS:  ADRIAN M. PRUETZ

08/15/12  REVIEW AND REVISE EXPERT REPORT AND COMMUNICATE      5.75   2875.00
          WITH EXPERT; NOTICES OF APPEARANCE
          PARTNERS:  ERICA J. VAN LOON

08/15/12  OFFICE CONFERENCES RE EXPERTS; TELEPHONE             2.25   1181.25
          CONFERENCE WITH POTENTIAL EXPERT;
          CORRESPONDENCE TO AND FROM EBG RE CASE; DRAFT
          WAIVER RE TARGET; CORRESPONDENCE TO AND FROM J.
          POYER AND J. WIRHT
          PARTNERS:  ROBERT HANDLER

          [REDACTED]

08/15/12  REVISE EXPERT REPORT OF YOUNG; PREPARE               7.50   2287.50
          EXHIBITS; DRAFT NOTICES OF APPEARANCE FOR J.
          WOOD AND EJV; REVISE SAME; FILE SAME WITH COURT
          ASSOCIATES:  JESSICA A. WOOD

08/15/12  DRAFT NOTICE OF APPEARANCE.                           .75    172.50
          PARALEGALS:  KEILE JACQUAY
```

REDACTED

```
TOPSON DOWNS OF CALIFORNIA, INC.            SEPTEMBER 25, 2012 PAGE   4
FILE NUMBER: 02866-021
INVOICE NO.: 147676

08/15/12 ASSISTED ATTORNEY WITH FILING.                    2.50    575.00
         PARALEGALS:  KEILE JACQUAY

08/16/12 ATT TO TRIAL CALENDAR; COMMUNICATE WITH COUNSEL    .75    375.00
         FOR WAL-MART; REVIEW SUBSTITUTION NOTICE
         PARTNERS:  ERICA J. VAN LOON

08/16/12 OFFICE CONFERENCES RE FILINGS; TELEPHONE          1.50    787.50
         CONFERENCE WITH M. BRUTZKUS; CORRESPONDENCE TO
         AND FROM M. BRUTZKUS AND TARGET; MEETING WITH
         J. WIRHT AND J. POYER RE STATUS
         PARTNERS:  ROBERT HANDLER

         [REDACTED]

08/16/12 DRAFT SUBSTITUTION OF ATTORNEY FORM AND ORDER     1.25    381.25
         FOR TOPSON DOWNS AND TARGET; CREATE TRIAL
         CALENDAR; REVISE SUBSTITUTION OF ATTORNEY FORM
         AND ORDER FOR TOPSON DOWNS AND TARGET;
         ASSOCIATES:  JESSICA A. WOOD

08/16/12 DRAFT TRIAL CALENDAR FOR ATTORNEYS.               1.00    230.00
         PARALEGALS:  KEILE JACQUAY

08/17/12 COMMUNICATE WITH R. HANDLER RE CASE; ATTN TO       .25    125.00
         SUBSTITUTION OF COUNSEL
         PARTNERS:  ERICA J. VAN LOON

08/17/12 CORRESPONDENCE TO AND FROM TARGET;                1.00    525.00
         CORRESPONDENCE TO AND FROM EBG RE SUBSTITUTION
         PARTNERS:  ROBERT HANDLER

         [REDACTED]

08/17/12 FILE SUBSTITUTION OF ATTORNEY FORMS WITH COURT     .75    228.75
         ASSOCIATES:  JESSICA A. WOOD

08/20/12 REVIEW ORDERS AND DRAFT TRIAL CALENDAR            1.50    457.50
         ASSOCIATES:  JESSICA A. WOOD

08/21/12 COMMUNICATE WITH OPPOSING COUNSEL AND WAL-MART     .50    250.00
         RE SETTLEMENT CONFERENCE
         PARTNERS:  ERICA J. VAN LOON
```

REDACTED

```
TOPSON DOWNS OF CALIFORNIA, INC.                    SEPTEMBER 25, 2012 PAGE    5
FILE NUMBER: 02866-021
INVOICE NO.: 147676
```

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/21/12 | REVIEW SUBSTITUTION OF COUNSEL FROM TARGET; OFFICE CONFERENCE RE SAME; REVIEW CORRESPONDENCE FROM M. ANTONIO<br>PARTNERS: ROBERT HANDLER | .50 | NO CHARGE |
| 08/21/12 | PERFORM LEGAL RESEARCH RE DONIGER/BURROUGHS COPYRIGHT CASES; FINALIZE AND FILE TOPSON DOWNS SUBSTITUTION OF ATTORNEY FORM FOR TARGET CORP.; COMMUNICATE WITH EJV RE TRIAL CALENDAR AND STIPULATION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE<br>ASSOCIATES: JESSICA A. WOOD | 1.00 | 305.00 |
| 08/21/12 | FINISH CREATING AND UPDATING TRIAL CALENDAR.<br>PARALEGALS: KEILE JACQUAY | .50 | 115.00 |
| 08/21/12 | LEGAL RESEARCH RE PRIOR CASES BY OPPOSING COUNSEL.<br>PARALEGALS: KEILE JACQUAY | 1.75 | 402.50 |
| 08/22/12 | REVIEW UPCOMING DEADLINES; REVIEW SUMMARY JUDGMENT PAPERS<br>PARTNERS: ERICA J. VAN LOON | .50 | 250.00 |
| 08/23/12 | COMMUNICATE WITH COUNSEL FOR WAL-MART; DRAFT STIP RE SETTLEMENT CONFERENCE<br>PARTNERS: ERICA J. VAN LOON | .50 | 250.00 |
| 08/25/12 | ATTN TO EMAILS AND THREATENED EX PARTE FROM DONIGER<br>PARTNERS: ADRIAN M. PRUETZ | .25 | 160.00 |
| 08/25/12 | COMMUNICATE WITH A PRUETZ RE EX PARTE REQUEST; PERFORM LEGAL RESEARCH RE SAME<br>PARTNERS: ERICA J. VAN LOON | .75 | 375.00 |
| 08/25/12 | REVIEW CORRESPONDENCE FROM E. VAN LOON RE DONIGER REQUESTS<br>PARTNERS: ROBERT HANDLER | .50 | NO CHARGE |
| 08/26/12 | COMMUNICATE WITH R HANDLER RE EX PARTE TO REOPEN DISCOVERY; PERFORM LEGAL RESEARCH<br>PARTNERS: ERICA J. VAN LOON | 2.50 | 1250.00 |
| 08/26/12 | TELEPHONE CONFERENCE WITH E. VAN LOON RE DONIGER REQUESTS RE DISCOVERY; REVIEW FILES; CORRESPONDENCE TO E. VAN LOON; CORRESPONDENCE TO CLIENT<br>PARTNERS: ROBERT HANDLER | 1.00 | 525.00 |

```
TOPSON DOWNS OF CALIFORNIA, INC.           SEPTEMBER 25, 2012 PAGE   6
FILE NUMBER: 02866-021
INVOICE NO.: 147676

08/27/12  REV DECISION ON SUMMARY JUDGMENT AND FOLLOW UP      .50    320.00
          PARTNERS:  ADRIAN M. PRUETZ

08/27/12  MEET AND CONFER WITH COUNSEL RE EX PARTE;          2.25   1125.00
          PERFORM LEGAL AND FACTUAL RESEARCH RE EX PARTE
          AND REFUSAL TO EXTEND DISCOVERY REVIEW SUMMARY
          JUDGMENT DECISION; REVIEW LEGAL RESEARCH RE
          ATTORNEYS FEES; COMMUNICATE WITH COUNSEL FOR
          WAL-MART AND HANDLER RE DECISION
          PARTNERS:  ERICA J. VAN LOON

08/27/12  REVIEW FILES RE DISCOVERY ISSUES; OFFICE           2.50   1312.50
          CONFERENCE RE SAME; OFFICE CONFERENCE RE MSJ
          RULING; REVIEW RULING; CORRESPONDENCE TO CLIENT
          AND TO TARGET RE RULING; TELEPHONE CONFERENCE
          WITH CLIENT; OFFICE CONFERENCE RE POTENTIAL
          APPEAL AND ATTORNEYS' FEES ISSUES
          PARTNERS:  ROBERT HANDLER

08/27/12  COMMUNICATE WITH EJV RE POSSIBLE EX PARTE;         2.50    762.50
          REVIEW ORDER GRANTING SUMMARY JUDGMENT IN FAVOR
          OF TOPSON DOWNS; PERFORM LEGAL RESEARCH RE
          ATTORNEYS' FEES IN COPYRIGHT CASES, SPECIFIC
          COSTS, TIME TO APPEAL
          ASSOCIATES:  JESSICA A. WOOD

08/29/12  SUPERVISE RESEARCH RE APPEAL AND MOTION FOR         .75    375.00
          ATTORNEYS FEES AND APPLICATION FOR COSTS; TC
          WITH CLIENT RE SAME
          PARTNERS:  ERICA J. VAN LOON

08/29/12  REVIEW MERIDIAN BILLING RE FEE APPLICATION;        1.75    918.75
          OFFICE CONFERENCE RE APPEAL; CONFERENCE CALL
          WITH A. PRUETZ, J. POYER AND DANNY ABRAMOVITCH
          PARTNERS:  ROBERT HANDLER

08/29/12  OFFICE CONFERENCE ███████████████                   .25 NO CHARGE
          PARTNERS:  ROBERT HANDLER

          ████████████████████████████████████████████████████████████
          ████████████████████████████████████████████████████████████
          ████████████████████████████████████████████████████████████

08/29/12  PERFORM LEGAL RESEARCH RE DEADLINES TO APPEAL,     3.00    915.00
          ATTORNEYS FEES AND COSTS AND EXPERT FEES; DRAFT
          PROPOSED JUDGMENT
          ASSOCIATES:  JESSICA A. WOOD
```

REDACTED

```
TOPSON DOWNS OF CALIFORNIA, INC.              SEPTEMBER 25, 2012 PAGE    7
FILE NUMBER: 02866-021
INVOICE NO.: 147676

08/30/12 ATTN TO JUDGMENT AND ATTORNEYS' FEES MOTION         .25   160.00
         PARTNERS:  ADRIAN M. PRUETZ

08/30/12 REVISE JUDGMENT; PERFORM RESEARCH FOR MOTION        .75   375.00
         FOR ATTORNEYS FEES; BILL OF COSTS; COMMUNICATE
         WITH WAL-MART COUNSEL
         PARTNERS:  ERICA J. VAN LOON

08/30/12 OFFICE CONFERENCES RE FEE APPLICATION;             1.00   525.00
         CORRESPONDENCE TO AND FROM EBG RE BACKUP FOR
         FEE APPLICATION; TELEPHONE CONFERENCE WITH J.
         WIRHT RE FEE APPLICATION; REVIEW CORRESPONDENCE
         FROM EBG
         PARTNERS:  ROBERT HANDLER

         [REDACTED]

08/30/12 REVISE PROPOSED JUDGMENT; COMMUNICATE WITH EJV     2.50   762.50
         AND RLH RE ATTORNEYS FEES AND COSTS AND PERFORM
         LEGAL RESEARCH RE JUDGMENT AND ATTORNEYS' FEES
         ASSOCIATES:  JESSICA A. WOOD

08/31/12 FINALIZE NOTICE OF LODGING AND PROPOSED             .75   375.00
         JUDGMENT; COMMUNICATE WITH OPPOSING COUNSEL RE
         MEET AND CONFER
         PARTNERS:  ERICA J. VAN LOON

08/31/12 FINALIZE AND FILE PROPOSED JUDGMENT WITH COURT      .75   228.75
         ASSOCIATES:  JESSICA A. WOOD

         LESS COURTESY DISCOUNT                                  (1000.00)
                                                               _____
         FEES:                                                    43626.25


*----------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*     RATE     HOURS          FEES
ADRIAN M. PRUETZ                   625.66     3.50         2189.81
ERICA J. VAN LOON                  488.80    31.50        15397.07
ROBERT HANDLER                     513.24    19.75        10136.40
STEVEN A. FREEMAN                  601.22      .50          300.61
CHRISTOPHER JACKSON                410.58      .50          205.29
```

REDACTED

```
TOPSON DOWNS OF CALIFORNIA, INC.              SEPTEMBER 25, 2012 PAGE    8
FILE NUMBER: 02866-021
INVOICE NO.: 147676

   GIANCARLO SPOLIDORO              351.93   13.75          4839.08
   JESSICA A. WOOD                  298.17   29.00          8646.80
   KEILE JACQUAY                    224.85    8.50          1911.19


   COSTS ADVANCED:

      COMPUTER RESEARCH                                      287.03
      DEPOSITION COSTS                                        18.61
      DOCUMENT SCANNING                                       28.65
      MESSENGERS                                              92.37
      DOCUMENT REPRODUCTION                                   97.00

   COSTS:                                                              523.66


   SUB-TOTAL OF CURRENT PERIOD CHARGES . . .     44149.91
                                                                     _____

   TOTAL AMOUNT DUE: . . . . . . . . . . . . . . . . .             48067.41




           IF YOU SHOULD HAVE ANY QUESTIONS, OR REQUIRE
           ANY ADDITIONAL INFORMATION REGARDING THIS INVOICE,
           PLEASE CONTACT BILLING DEPARTMENT AT (310) 282-6233.



           PLEASE RETURN REMITTANCE COPY WITH PAYMENT.
```

# Glaser Weil Fink Jacobs
# Howard Avchen & Shapiro LLP

10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
TAX I.D. # 95-4156414


REMITTANCE ADVICE

TOPSON DOWNS OF CALIFORNIA, INC.            SEPTEMBER 25, 2012
ATTN: JILL SPIELMAN
3840 WATSEKA AVENUE
LOS ANGELES, CA 90232


RE: MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.
    ET. AL.
    OUR FILE NUMBER: 02866-021            RLH
    INVOICE NUMBER: 147676

```
    BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . .     3917.50
    LESS PAYMENT(S) . . . . . . . . . . . . . . . . . .         0.00
                                                            -----------
    BALANCE FORWARD . . . . . . . . . . . . . . . . . .      3917.50

    FOR PROFESSIONAL SERVICES RENDERED THROUGH  AUGUST 31, 2012

    FEES. . . . . . . . . . . . . . . . . . . . . . . .     43626.25

    COSTS . . . . . . . . . . . . . . . . . . . . . . .       523.66
                                                            -----------
    SUB-TOTAL OF CURRENT PERIOD CHARGES . . . . . . . .     44149.91
                                                            -----------
    TOTAL AMOUNT DUE. . . . . . . . . . . . . . . . . .     48067.41
```

```
DATE: 09/27/12 16:28:37    PROFORMA STATEMENT AS OF 09/27/12 FOR FILE (02866-021 )   # 302219/( 50960)                        Page 1 (1)

*-----MATTER DESCRIPTION-----*
MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.
ET. AL.

*------CLIENT INFORMATION-----*       --CLIENT NUMBER--    --ORIGINATING--      --BILLING--       --PARTICIPATE--
TOPSON DOWNS OF CALIFORNIA, INC.         02866                  RLH                 RLH                EJV
                                                            R HANDLER           R HANDLER          E VAN LOON

*-----CLIENT ADDRESS-----*            *-----MATTER ADDRESS-----*
TOPSON DOWNS OF CALIFORNIA, INC.
ATTN: JILL SPIELMAN
3840 WATSEKA AVENUE
LOS ANGELES, CA 90232
*----MATTER INFORMATION-----*
PHONE: (213) 746-5960                  PHONE:
REFERRED BY:                           CONTACT:

STATUS:        OP                RATE:        1       TEMPLATE:       CA       MIN FEE:
DATE OPENED:   07/26/2012        DEPT:        IP      TIME FORMAT:    6        MIN COST:
DATE CLOSED:                     LOCATION:    LA      COST FORMAT:    1        MIN TOTAL:
LAST RATE:     09/09/1997        PRACTICE:    2000    INTRST CODE:    00       FEE MARKUP:       %
HOLD FEES:                       FEE FREQ:    M       INT FREE DAY:            COST MARKUP:      %
HOLD COSTS:                      COST FREQ:   M       FIXED COSTS:    N        FIXED FEES:
TRUST RET ACCT:                  TRUST RETAIN:        ARRANGEMENT:    0        CURRENCY:         DO
                                                                               MAXIMUM BILLINGS:

INTELLECTUAL PROPERTY


Last Bill Date: 09/25/2012


*-----TIME ENTRIES-----*              WORKED                        BILLED
INDEX    INIT   DATE       STAT    HOURS    AMOUNT          HOURS    AMOUNT    CUMULATIVE    DESCRIPTION
2363746  EJV    09/04/12   B        2.00    1000.00          2.00    1000.00     1000.00     PREPARE FOR, TRAVEL TO AND MEET AND CONFER WITH
                                                                                             OPPOSING COUNSEL RE MOTION FOR ATTORNEYS'
                                                                                             FEES/COSTS AND MOTION FOR RECONSIDERATION.
2360621  RLH    09/04/12   B         .25     131.25           .25     131.25     1131.25     OFFICE CONFERENCE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                                                                                             ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2362274  JAW    09/04/12   B         .25      76.25           .25      76.25     1387.50     REVIEW DOCUMENTS RE FOLEY ATTORNEYS' FEES;
                                                                                             COMMUNICATE WITH L. GIBBS RE SAME
2361288  LMG    09/04/12   B        5.50    2172.50          5.50    2172.50     3560.00     DISCUSS PROJECT W/ EJV; REVIEW SUMMARY JUDGMENT
                                                                                             ORDER; RESEARCH RE MOTION FOR COSTS; OUTLINE
                                                                                             MOTION FOR COSTS
2364582  RLH    09/05/12   B         .50     262.50           .50     262.50     3822.50     REVIEW PROPOSED RESPONSE
2361299  LMG    09/06/12   B        1.25     493.75          1.25     493.75     4316.25     DRAFT MOTION FOR FEES; ATTN TO BILL OF COSTS
2364583  RLH    09/07/12   B         .75     393.75           .75     393.75     4710.00     CORRESPONDENCE TO AND FROM JOE W; REVIEW COST
                                                                                             BILLS;
```

REDACTED

DATE: 09/27/12 16:28:37     PROFORMA STATEMENT AS OF 09/27/12 FOR FILE (02866-021 )    # 302219/( 50960)     Page 2 (2)

| ID | Atty | Date | Code | Hours | Amount | Hours | Amount | Cum | Description |
|---|---|---|---|---|---|---|---|---|---|
| 2361306 | LMG | 09/07/12 | B | .50 | 197.50 | .50 | 197.50 | 4907.50 | ATTN TO COSTS |
| 2364584 | RLH | 09/10/12 | B | .25 | 131.25 | .25 | 131.25 | 5038.75 | OFFICE CONFERENCE |
| 2352293 | JAW | 09/10/12 | B | 3.00 | 915.00 | 3.00 | 915.00 | 6133.75 | DRAFT BILL OF COSTS AND APPLICATION TO TAX COSTS; PERFORM LEGAL RESEARCH RE APPLICATION TO TAX COSTS AND BILL OF COSTS |
| 2362824 | LMG | 09/10/12 | B | .25 | 98.75 | .25 | 98.75 | 6232.50 | RESEARCH RE MOTION FOR RECONSIDERATION |
| 2354585 | RLH | 09/11/12 | B | .50 | 262.50 | .50 | 262.50 | 6495.00 | OFFICE CONFERENCE RE BACKUP RE COSTS; CORRESPONDENCE TO EBG RE SAME |
| 2362301 | JAW | 09/11/12 | B | 6.00 | 1830.00 | 6.00 | 1830.00 | 9945.00 | RESPONSE LETTER TO CARRIER REFUTING DENIAL OF DEFENSE DUTY DRAFT BILL OF COSTS AND APPLICATION TO TAX COSTS; PERFORM LEGAL RESEARCH RE MOTION FOR FEES AND COSTS; COMMUNICATE WITH R. HANDLER RE MISSING EXHIBITS; COMMUNICATE WITH EJV AND L. GIBBS RE SAME |
| 2362305 | JAW | 09/12/12 | B | .25 | 76.25 | .25 | 76.25 | 10381.25 | COMMUNICATE WITH M. GREEN RE BILLS FOR MOTION FOR ATTORNEYS FEES; COMMUNICATE WITH L. GIBBS RE SAME |
| 2362834 | LMG | 09/12/12 | B | 2.00 | 790.00 | 2.00 | 790.00 | 11171.25 | DRAFT MTN FOR FEES; DISCUSS SAME W/ EJV |
| 2363785 | EJV | 09/13/12 | B | 1.50 | 750.00 | 1.50 | 750.00 | 11921.25 | REVIEW AND REVISE MOTION FOR ATTORNEYS FEES/BILL OF COSTS. |
| 2362315 | JAW | 09/13/12 | B | 1.75 | 533.75 | 1.75 | 533.75 | 12455.00 | PERFORM LEGAL RESEARCH RE BILL OF COSTS AND MOTION TO TAX COSTS; REVISE MOTION TO TAX COSTS; COMMUNICATE WITH EJV RE SAME |
| 2362323 | JAW | 09/14/12 | B | 3.00 | 915.00 | 3.00 | 915.00 | 13370.00 | REVISE MOTION FOR ATTORNEYS FEES AND COSTS; PERFORM LEGAL RESEARCH RE MOTION FOR FEES AND COSTS |
| 2362329 | JAW | 09/15/12 | B | 1.50 | 457.50 | 1.50 | 457.50 | 13827.50 | PREPARE DECLARATIONS AND BACK UP MATERIALS FOR MOTION FOR FEES AND COSTS AND BILL OF COSTS |
| 2362330 | JAW | 09/16/12 | B | 5.00 | 1525.00 | 5.00 | 1525.00 | 15813.75 | DRAFT EJV DECLARATION, LAURA L. CHAPMAN DECLARATION AND EBG DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR FEES AND FULL COSTS; REVISE BILL OF COSTS |
| 2363800 | EJV | 09/18/12 | B | 3.25 | 1625.00 | 3.25 | 1625.00 | 18290.00 | REVIEW AND REVISE MOTION FOR ATTORNEYS FEES AND COSTS AND SUPPORTING DECLARATIONS. |
| 2364586 | RLH | 09/18/12 | B | 1.25 | 656.25 | 1.25 | 656.25 | 18946.25 | OFFICE CONFERENCES RE FEE APP AND MERIDIAN MOTION FOR RECONSIDERATION; REVIEW AND REVISE BRUTZKUS DECLARATION; CORRESPONDENCE TO AND FROM EBG RE DECLARATION AND EXHIBIT |

REDACTED

DATE: 09/27/12 16:28:37   PROFORMA STATEMENT AS OF 09/27/12 FOR FILE (02866-021 )   # 302219/( 50960)   Page 3 (3)

| ID | Atty | Date | Code | Hours | Amount | Total | Description |
|---|---|---|---|---|---|---|---|
| 2364510 | JAW | 09/18/12 | B | 5.25 | 1601.25 | 1601.25 | 20727.50 | REVISE EBG, FOLEY AND GLASER WEIL DECLARATIONS ISO MOTION FOR FEES AND COSTS; COMMUNICATE WITH EJV RE SAME; COMMUNICATE WITH RLH RE PREBILLS AND REDACTIONS; PERFORM LEGAL RESEARCH RE EVIDENCE PROPERLY CONSIDERED ON MOTION FOR SUMMARY JUDGMENT; REVISE MOTION FOR FEES AND COSTS; COMMUNICATE WITH EJV RE SAME |
| 2363813 | EJV | 09/19/12 | B | 2.75 | 1375.00 | 1375.00 | 22102.50 | REVIEW AND REVISE MOTION FOR ATTYS FEES AND SUPPORTING DECLARATIONS; COMMUNICATE WITH OPPOSING COUNSEL RE EX PARTE TO STRIKE MOTION FOR RECONSIDERATION FOR IMPROPER NOTICE; REVIEW MOTION FOR RECONSIDERATION AND MEET WITH JAW RE OPPOSITION. |
| 2364587 | RLH | 09/19/12 | B | .25 | 131.25 | 131.25 | 22233.75 | CORRESPONDENCE TO EBG RE DECLARATION; OFFICE CONFERENCES RE MOTION FOR RECONSIDERATION; REVIEW COPYRIGHT FILINGS |
| 2364515 | JAW | 09/19/12 | B | 8.75 | 2668.75 | 2668.75 | 24902.50 | COMMUNICATE WITH BILLING RE GLASER WEIL FEES AND COSTS FOR MOTION FOR FEES AND COSTS; REVIEW REVISED EBG COSTS; REVISE EBG DECLARATION COMMUNICATE WITH EJV RE GLASER WEIL BILLING FOR MOTION FOR FEES AND COSTS; COMMUNICATE WITH EJV RE OPPOSITION TO MOTION FOR RECONSIDERATION; PERFORM LEGAL RESEARCH RE EX PARTE MOTION TO STRIKE MOTION FOR RECONSIDERATION; COMMUNICATE WITH EJV RE SAME; DRAFT EX PARTE MOTION TO STRIKE MOTION FOR RECONSIDERATION; REVIEW MOTION FOR RECONSIDERATION; OUTLINE DEFENDANTS' OPPOSITION TO MOTION FOR RECONSIDERATION; COMMUNICATE WITH EJV RE SAME; PERFORM LEGAL RESEARCH RE SUA SPONTE MOTION FOR SUMMARY JUDGMENT, PRIMARY JURISDICTION DOCTRINE, SUBSTANTIAL SIMILARITY, COPYRIGHT STANDARDS FOR COPYRIGHT |
| 2363824 | EJV | 09/20/12 | B | 2.00 | 1000.00 | 1000.00 | 25902.50 | MEET WITH JAW; REVISE OPPO TO MOTION FOR RECONSIDERATION; COMMUNICATE WITH WAL-MART COUNSEL RE DECLARATION FOR MOT FOR ATTYS FEES. |
| 2364588 | RLH | 09/20/12 | B | .75 | 393.75 | 393.75 | 26296.25 | OFFICE CONFERENCES RE FEE BACKUP; REVIEW EBG STATEMENTS; TELEPHONE CONFERENCE WITH EBG CFO RE STATEMENTS |
| 2364521 | JAW | 09/20/12 | B | 8.25 | 2516.25 | 2516.25 | 28812.50 | COMMUNICATE WITH EJV RE STRATEGY FOR OPPOSITION TO MOTION FOR RECONSIDERATION; DRAFT OPPOSITION TO MOTION FOR RECONSIDERATION; REVISE EBG DECLARATION ISO MOTION FOR FEES AND COSTS |
| 2363587 | AMP | 09/21/12 | B | .50 | 400.00 | 400.00 | 29212.50 | ATTN TO OPPO TO MOTION FOR RECONSIDERATION |
| 2364589 | RLH | 09/21/12 | B | .25 | 131.25 | 131.25 | 29343.75 | CORRESPONDENCE TO AND FROM M BRUTZKUS RE REVISED DECLARATION |
| 2364526 | JAW | 09/21/12 | B | 12.50 | 3812.50 | 3812.50 | 33156.25 | DRAFT AND REVISE OPPOSITION TO MOTION FOR RECONSIDERATION; PERFORM LEGAL RESEARCH RE ORIGINALITY, INVERSE RATIO, SUBSTANTIAL SIMILARITY; REVISE EBG DECLARATION ISO MOTION FOR FEES AND COSTS; COMMUNICATE WITH EJV RE SAME |

REDACTED

```
DATE: 09/27/12 16:28:37    PROFORMA STATEMENT AS OF 09/27/12 FOR FILE (02866-021  )  # 302219/( 50960)          Page 4 (4)

2363600 AMP  09/22/12  B   1.50   1200.00   1200.00   34356.25  REV AND REV OPPO TO MOTION FOR RECONSIDERATION
2364528 JAW  09/22/12  B   3.00    915.00    915.00   35271.25  REVISE OPPOSITION TO MOTION FOR RECONSIDERATION
2363604 AMP  09/23/12  B    .75    600.00    600.00   35871.25  REV AND REV OPPO TO MOTION FOR RECONSIDERATION
2364590 RLH  09/23/12  B   1.00    525.00    525.00   36396.25  REVIEW DRAFT REPLY BRIEF; CORRESPONDENCE TO AND
                                                                FROM E VAN LOON RE REPLY; CORRESPONDENCE TO
                                                                JOHN AND JOE
2364529 JAW  09/23/12  B   5.75   1753.75   1753.75   38150.00  DRAFT EJV DECLARATION AND PROPOSED ORDER ISO
                                                                OPPOSITION TO MOTION FOR RECONSIDERATION;
                                                                REVISE OPPOSITION TO MOTION FOR
                                                                RECONSIDERATION; CHECK FACT AND LEGAL CITES
2364633 AMP  09/24/12  B   1.75   1120.00   1120.00   39270.00  REV OPP TO MTN TO RECONSIDERATION
2364591 RLH  09/24/12  B    .25    131.25    131.25   39401.25  OFFICE CONFERENCE RE OPPOSITION TO MOTION FOR
                                                                RECONSIDERATION
2364530 JAW  09/24/12  B   5.75   1753.75   1753.75   41155.00  REVISE AND FINALIZE OPPOSITION TO MOTION FOR
                                                                RECONSIDERATION; PERFORM LEGAL RESEARCH RE
                                                                CENTRAL DISTRICT CASES AND INVERSE RATIO RULE;
                                                                REVISE DECLARATION OF EJV AND PROPOSED ORDER
                                                                ISO OPPOSITION TO MOTION FOR RECONSIDERATION;
                                                                FILE OPPOSITION TO MOTION FOR RECONSIDERATION
2364592 RLH  09/25/12  B    .25    131.25    131.25   41286.25  CORRESPONDENCE TO M BRUTZKUS RE DECLARATION
2364541 JAW  09/26/12  B   4.00   1220.00   1220.00   42506.25  DRAFT AND REVISE MOTION FOR FEES AND COSTS;
                                                                COMMUNICATE WITH EJV RE SAME; REVISE GLASER
                                                                WEIL DECLARATION ISO MOTION FOR FEES AND COSTS;
                                                                REVISE EXHIBITS TO EBG DECLARATION ISO MOTION
                                                                FOR FEES AND COSTS; PREPARE MOTION FOR FEES AND
                                                                COSTS FOR FILING
2364542 JAW  09/26/12  B   3.00    915.00    915.00   43421.25  DRAFT AND REVISE MOTION FOR FEES AND COSTS;
                                                                COMMUNICATE WITH EJV RE SAME; REVISE GLASER
                                                                WEIL DECLARATION ISO MOTION FOR FEES AND COSTS;
                                                                REVISE EXHIBITS TO EBG DECLARATION ISO MOTION
                                                                FOR FEES AND COSTS; PREPARE MOTION FOR FEES AND
                                                                COSTS FOR FILING
2364640 JAW  09/27/12  B   4.00   1220.00   1220.00   44641.25  DRAFT NOTICE OF MOTION AND MOTION FOR FEES AND
                                                                COSTS; REVISE MEMORANDUM IN SUPPORT OF MOTION
                                                                FOR FEES AND COSTS; COMMUNICATE WITH EJV RE
                                                                SAME; REVISE GLASER WEIL DECLARATION ISO MOTION
                                                                FOR FEES AND COSTS; REVISE EXHIBITS TO EBG
                                                                DECLARATION ISO MOTION FOR FEES AND COSTS;
                                                                PREPARE MOTION FOR FEES AND COSTS FOR FILING

                                        FEE SUBTOTAL  44641.25

*----INTEREST ENTRIES----*
INVOICE    DATE       AMOUNT
                        .00
```

```
DATE: 09/27/12 16:28:37   PROFORMA STATEMENT AS OF 09/27/12 FOR FILE (02866-021  )   #  302219/(  50960)           Page 5 (5)


        BALANCE DUE FROM PREVIOUS STATEMENT  . . . . . . . . . .    48067.41
        LESS PAYMENT(S)  . . . . . . . . . . . . . . . . . . .         0.00
                                                                  -----------
        BALANCE FORWARD  . . . . . . . . . . . . . . . . . . .     48067.41

        TIMECARD SUB-TOTAL ( 122.50) . . . . . . . . . .    44641.25
        DISBURSEMENT SUB-TOTAL . . . . . . . . . . . . .      138.98
        SUBTOTAL CURRENT PERIOD  . . . . . . . . . . . .    44780.23
        TOTAL DUE  . . . . . . . . . . . . . . . . . . . . . . .   92847.64

*-----------------------TIME AND FEE SUMMARY-----------------------*
*------TIMEKEEPER----------*       RATE    HOURS    %      FEES       %
ADRIAN M. PRUETZ                 737.78     4.50   3.7    3320.00    7.4
ERICA J. VAN LOON                500.00    11.50   9.4    5750.00   12.9
ROBERT HANDLER                   525.00     6.25   5.1    3281.25    7.4
STEVEN A. FREEMAN                615.00      .75    .6     461.25    1.0
ANN E. MILLER                    535.00      .75    .6     401.25     .9
GIANCARLO SPOLIDORO              360.00     8.25   6.7    2970.00    6.7
JESSICA A. WOOD                  305.00    81.00  66.1   24705.00   55.3
LAUREN M. GIBBS                  395.00     9.50   7.8    3752.50    8.4
                      TOTALS               122.50         44641.25

*---------COST CODE SUMMARY----------------------------------------*
*---------COST CODE----------                AMOUNT
DS  DOCUMENT SCANNING                          9.60
P   PHOTOCOPIES                               91.50
Y   FILING FEE                                37.88

COST TOTAL                                   138.98

*-----------LEDGER SUMMARY-----------------------------------------*
Ledger Code   Ledger Description    Debit       Credit      Credit Applied To
-----------   ------------------    -----       ------      -----------------
FEES          FEES                47543.75
NCOST         HARD COSTS            398.01
SCOST         SOFT COSTS            125.65
                                  ---------    --------
TOTAL                             48067.41        0.00

AGED ACCOUNTS RECEIVABLE:  44149.91   (-30)   3917.50  (31-60)   0.00  (61-90)   0.00  (91-120)   0.00  (+)


( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL
```