**Exhibit 4**

Meridian Textiles, Inc. v. Topson Downs of California, Inc., et al.
Case No. 2:11-cv-08351-RGK (AGRx)
**NON-TAXABLE COSTS**

# TOTAL NON-TAXABLE COSTS

| Non-taxable Costs - Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP | | |
|---|---|---|
| **CATEGORY** | **AMOUNT** | |
| Witness Fees | $ | 3,850.00 |
| Certification, Exemplification and Reproduction of Documents (Not Included in Bill of Costs) | $ | 226.75 |
| Electronic Research (Lexis Nexis and PACER) | $ | 2,794.06 |
| Postage and Courier Expenses | $ | 179.65 |
| **TOTAL Non-taxable Costs:** | **$** | **7,050.46** |

Exhibit 4

779019.1

Meridian Textiles, Inc. v. Topson Downs of California, Inc., et al.
Case No. 2:11-cv-08351-RGK (AGRx)
**NON-TAXABLE COSTS**

# WITNESS FEES

| Witness Fees | | |
|---|---|---|
| **DATE** | **WITNESS/DESCRIPTION** | **AMOUNT** |
| 8/9/2012 | Deborah Young, Invoice No. BRU1208-09/Image research; extract images, prepare side by side images, analysis, revisions and report prep; analysis, evaluation and initial declaration; consultations, image prep, final declaration and review | $   2,975.00 |
| 8/14/2012-8/15/2012 | Deborah Young, Invoice No. GLA1209-04/Extract images, prepare side by side images, analysis, revisions and report prep | $      875.00 |
| | **TOTAL Witness Fees:** | **$   3,850.00** |

779019.1

# Deborah Young,
## Textile Consulting



5701 Pickering Ave
Whittier CA, 90601
USA

Phone: 562-696-4972
Email: drmweavr7@aol.com
Taxpayer ID #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

## *Invoice*

**Bill To:**

Invoice #:      BRU1208-09

Invoice Date:  August 9, 2012

Ezra Brutzkus, Bubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
818-827-9000  FAX: 818-827-9040

CLIENT CONTACT: Jeffrey A. Kobulnick, Esq.

Meridian Textiles v Topson Downs of California
Matter No. 2018.110 (CV11-8351)

| Description | | Total |
|---|---|---|
| 27-July-12 | Image research                                          2.0 hours @ $50.00 | $100.00 |
| 27-July-12 | Extract images, prepare side by side images, Analysis, and declaration prep            8.0 hours @$125.00 | 1,000.00 |
| 28-July-12 | Analysis, evaluation and initial declaration      9.0 | 1,125.00 |
| 29-July-12 | Consultations, image prep, final declaration and review                         6.0 | 750.00 |
| | | |
| | | |
| | | |
| | | |
| | Total | $2,975.00 |
| | | |

Please make check payable to Deborah E. Young

Forensic  Textile Identification
Textile Design Consultation

# Deborah Young,
## Textile Consulting



5701 Pickering Ave
Whittier CA, 90601
USA

Phone: 562-696-4972
Email: drmweavr7@aol.com
Taxpayer ID #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

## *Invoice*

**Bill To:**

Invoice #:    GLA1209-04

Invoice Date: September 4, 2012

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
10250 Constellation Blvd., 19th floor
Los Angeles, CA 90067
310-553-3000

Meridian Textiles v Topson Downs of California
Matter No. 2018.110 (CV11-8351)

CLIENT CONTACT: Erica Van Loon, Esq.

| Description | | Total |
|---|---|---|
| | | |
| 14-15-August-12   Extract images, prepare side by side images, Analysis, revisions and report prep       7.0 hours @$125.00 | | $875.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total | $875.00 |
| | | |

Please make check payable to Deborah E. Young

Forensic  Textile Identification
Textile Design Consultation

Meridian Textiles, Inc. v. Topson Downs of California, Inc., et al.
Case No. 2:11-cv-08351-RGK (AGRx)
**NON-TAXABLE COSTS**

# CERTIFICATION, EXEMPLIFICATION AND REPRODUCTION OF DOCUMENTS

| Certification, Exemplification and Reproduction of Documents (Not Included in Bill of Costs) | | |
|---|---|---|
| **DATE** | **VENDOR/DESCRIPTION** | **AMOUNT** |
| 8/1/2012-8/31/2012 | Glaser Weil/Scanning | $    28.65 |
| 8/1/2012-8/31/2012 | Glaser Weil/Photocopies | $    97.00 |
| 9/1/2012-9/27/2012 | Glaser Weil/Scanning | $     9.60 |
| 9/1/2012-9/27/2012 | Glaser Weil/Photocopies | $    91.50 |
| **TOTAL Certification, Exemplification and Reproduction of Documents:** | | $   226.75 |

Exhibit 4

779019.1

Billed and Unbilled Recap Of Cost Detail - [02866-021 - MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.]     Page 1
Client:02866 - TOPSON DOWNS OF CALIFORNIA, INC.   9/27/2012 4:12:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038692 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038695 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038696 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 3.00 | 0.15 | 0.45 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038697 |
| 09/25/2012 | | Invoice=147676 | | 3.00 | 0.15 | 0.45 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 13.00 | 0.15 | 1.95 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038698 |
| 09/25/2012 | | Invoice=147676 | | 13.00 | 0.15 | 1.95 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 3.00 | 0.15 | 0.45 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038700 |
| 09/25/2012 | | Invoice=147676 | | 3.00 | 0.15 | 0.45 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 4.00 | 0.15 | 0.60 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038701 |
| 09/25/2012 | | Invoice=147676 | | 4.00 | 0.15 | 0.60 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 10.00 | 0.15 | 1.50 | DOCUMENT SCANNING SCANS BY USER: JESSICA WOOD - | 3038705 |
| 09/25/2012 | | Invoice=147676 | | 10.00 | 0.15 | 1.50 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 18.00 | 0.15 | 2.70 | DOCUMENT SCANNING SCANS BY USER: JOSH MCKIE - | 3038792 |
| 09/25/2012 | | Invoice=147676 | | 18.00 | 0.15 | 2.70 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 36.00 | 0.15 | 5.40 | DOCUMENT SCANNING SCANS BY USER: JOSH MCKIE - | 3038794 |
| 09/25/2012 | | Invoice=147676 | | 36.00 | 0.15 | 5.40 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 40.00 | 0.15 | 6.00 | DOCUMENT SCANNING SCANS BY USER: JOSH MCKIE - | 3038795 |
| 09/25/2012 | | Invoice=147676 | | 40.00 | 0.15 | 6.00 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038831 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 4.00 | 0.15 | 0.60 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038832 |
| 09/25/2012 | | Invoice=147676 | | 4.00 | 0.15 | 0.60 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 4.00 | 0.15 | 0.60 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038834 |
| 09/25/2012 | | Invoice=147676 | | 4.00 | 0.15 | 0.60 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 8.00 | 0.15 | 1.20 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038836 |
| 09/25/2012 | | Invoice=147676 | | 8.00 | 0.15 | 1.20 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038837 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 3.00 | 0.15 | 0.45 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038838 |
| 09/25/2012 | | Invoice=147676 | | 3.00 | 0.15 | 0.45 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038839 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 8.00 | 0.15 | 1.20 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038841 |
| 09/25/2012 | | Invoice=147676 | | 8.00 | 0.15 | 1.20 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038842 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 6.00 | 0.15 | 0.90 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038843 |
| 09/25/2012 | | Invoice=147676 | | 6.00 | 0.15 | 0.90 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | DS | 7.00 | 0.15 | 1.05 | DOCUMENT SCANNING SCANS BY USER: MARK MALDONADO | 3038847 |
| 09/25/2012 | | Invoice=147676 | | 7.00 | 0.15 | 1.05 | | |
| 08/16/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING SCANS BY USER: JESSICA WOOD - | 3039004 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.15 | 0.30 | | |
| 08/16/2012 | RLH | ROBERT HANDLER | DS | 4.00 | 0.15 | 0.60 | DOCUMENT SCANNING SCANS BY USER: JESSICA WOOD - | 3039123 |
| 09/25/2012 | | Invoice=147676 | | 4.00 | 0.15 | 0.60 | | |

Note: One row (3038835, 8.00, 1.20) appears in sequence.

Billed and Unbilled Recap Of Cost Detail - [02866-021 - MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.]   Page 2
Client:02866 - TOPSON DOWNS OF CALIFORNIA, INC.   9/27/2012 4:12:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/10/2012 | RLH | ROBERT HANDLER | DS | 1.00 | 0.15 | 0.15 | DOCUMENT SCANNING SCANS BY USER: GERDA GYGLI - | 3048981 |
| 09/10/2012 | RLH | ROBERT HANDLER | DS | 1.00 | 0.15 | 0.15 | DOCUMENT SCANNING SCANS BY USER: GERDA GYGLI - | 3048982 |
| 09/10/2012 | RLH | ROBERT HANDLER | DS | 6.00 | 0.15 | 0.90 | DOCUMENT SCANNING SCANS BY USER: GERDA GYGLI - | 3048983 |
| 09/10/2012 | RLH | ROBERT HANDLER | DS | 6.00 | 0.15 | 0.90 | DOCUMENT SCANNING SCANS BY USER: GERDA GYGLI - | 3048984 |
| 09/19/2012 | RLH | ROBERT HANDLER | DS | 11.00 | 0.15 | 1.65 | DOCUMENT SCANNING Scans By User: Jessica Wood - | 3051400 |
| 09/19/2012 | RLH | ROBERT HANDLER | DS | 11.00 | 0.15 | 1.65 | DOCUMENT SCANNING Scans By User: Jessica Wood - | 3051402 |
| 09/19/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING Scans By User: Jessica Wood - | 3051407 |
| 09/19/2012 | RLH | ROBERT HANDLER | DS | 2.00 | 0.15 | 0.30 | DOCUMENT SCANNING Scans By User: Jessica Wood - | 3051414 |
| 09/19/2012 | RLH | ROBERT HANDLER | DS | 1.00 | 0.15 | 0.15 | DOCUMENT SCANNING Scans By User: Jessica Wood - | 3051415 |
| 09/25/2012 | RLH | ROBERT HANDLER | DS | 4.00 | 0.15 | 0.60 | DOCUMENT SCANNING Scans By User: Cheree Castille - | 3052630 |
| 09/25/2012 | RLH | ROBERT HANDLER | DS | 9.00 | 0.15 | 1.35 | DOCUMENT SCANNING Scans By User: Cheree Castille - | 3052631 |
| 09/25/2012 | RLH | ROBERT HANDLER | DS | 4.00 | 0.15 | 0.60 | DOCUMENT SCANNING Scans By User: Cheree Castille - | 3052632 |
| 09/25/2012 | RLH | ROBERT HANDLER | DS | 3.00 | 0.15 | 0.45 | DOCUMENT SCANNING Scans By User: Cheree Castille - | 3052633 |
| 09/25/2012 | RLH | ROBERT HANDLER | DS | 3.00 | 0.15 | 0.45 | DOCUMENT SCANNING Scans By User: Cheree Castille - | 3052634 |
| | | UNBILLED TOTALS:   WORK: | | | | 9.60 | 14 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 9.60 | | |
| | | BILLED TOTALS:     WORK: | | | | 28.65 | 25 records | |
| | | BILLED TOTALS:     BILL: | | | | 28.65 | | |
| | | GRAND TOTAL:     WORK: | | | | 38.25 | 39 records | |
| | | GRAND TOTAL:     BILL: | | | | 38.25 | | |

Billed and Unbilled Recap Of Cost Detail - [02866-021 - MERIDIAN TEXTILES, INC. V. TOPSON DOWNS OF CALIFORNIA, INC.]                    Page 1
Client:02866 - TOPSON DOWNS OF CALIFORNIA, INC.   9/27/2012 4:12:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 08/13/2012 | RLH | ROBERT HANDLER | P | 88.00 | 0.25 | 22.00 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3038088 |
| 09/25/2012 | | Invoice=147676 | | 88.00 | 0.25 | 22.00 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | P | 18.00 | 0.25 | 4.50 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3038579 |
| 09/25/2012 | | Invoice=147676 | | 18.00 | 0.25 | 4.50 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | P | 30.00 | 0.25 | 7.50 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3038580 |
| 09/25/2012 | | Invoice=147676 | | 30.00 | 0.25 | 7.50 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | P | 10.00 | 0.25 | 2.50 | PHOTOCOPIES COPIES BY USER: KEILE JACQUAY - | 3038596 |
| 09/25/2012 | | Invoice=147676 | | 10.00 | 0.25 | 2.50 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | P | 71.00 | 0.25 | 17.75 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3038607 |
| 09/25/2012 | | Invoice=147676 | | 71.00 | 0.25 | 17.75 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | P | 16.00 | 0.25 | 4.00 | PHOTOCOPIES COPIES BY USER: JOSH MCKIE - | 3038619 |
| 09/25/2012 | | Invoice=147676 | | 16.00 | 0.25 | 4.00 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | P | 70.00 | 0.25 | 17.50 | PHOTOCOPIES COPIES BY USER: JOSH MCKIE - | 3038626 |
| 09/25/2012 | | Invoice=147676 | | 70.00 | 0.25 | 17.50 | | |
| 08/15/2012 | RLH | ROBERT HANDLER | P | 41.00 | 0.25 | 10.25 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3038628 |
| 09/25/2012 | | Invoice=147676 | | 41.00 | 0.25 | 10.25 | | |
| 08/16/2012 | RLH | ROBERT HANDLER | P | 2.00 | 0.25 | 0.50 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3038923 |
| 09/25/2012 | | Invoice=147676 | | 2.00 | 0.25 | 0.50 | | |
| 08/16/2012 | RLH | ROBERT HANDLER | P | 4.00 | 0.25 | 1.00 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3038953 |
| 09/25/2012 | | Invoice=147676 | | 4.00 | 0.25 | 1.00 | | |
| 08/30/2012 | RLH | ROBERT HANDLER | P | 38.00 | 0.25 | 9.50 | PHOTOCOPIES Copies By User: Jessica Wood - | 3046696 |
| 09/25/2012 | | Invoice=147676 | | 38.00 | 0.25 | 9.50 | | |
| 09/04/2012 | RLH | ROBERT HANDLER | P | 19.00 | 0.25 | 4.75 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3047876 |
| 09/04/2012 | RLH | ROBERT HANDLER | P | 2.00 | 0.25 | 0.50 | PHOTOCOPIES COPIES BY USER: YANIKA CHILDERS - | 3047905 |
| 09/10/2012 | RLH | ROBERT HANDLER | P | 68.00 | 0.25 | 17.00 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3048808 |
| 09/10/2012 | RLH | ROBERT HANDLER | P | 13.00 | 0.25 | 3.25 | PHOTOCOPIES COPIES BY USER: GERDA GYGLI - | 3048849 |
| 09/10/2012 | RLH | ROBERT HANDLER | P | 8.00 | 0.25 | 2.00 | PHOTOCOPIES COPIES BY USER: GERDA GYGLI - | 3048851 |
| 09/17/2012 | RLH | ROBERT HANDLER | P | 68.00 | 0.25 | 17.00 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3050750 |
| 09/17/2012 | RLH | ROBERT HANDLER | P | 70.00 | 0.25 | 17.50 | PHOTOCOPIES COPIES BY USER: KEILE JACQUAY - | 3050755 |
| 09/17/2012 | RLH | ROBERT HANDLER | P | 4.00 | 0.25 | 1.00 | PHOTOCOPIES COPIES BY USER: JESSICA WOOD - | 3050762 |
| 09/18/2012 | RLH | ROBERT HANDLER | P | 2.00 | 0.25 | 0.50 | PHOTOCOPIES COPIES BY USER: KEILE JACQUAY - | 3050958 |
| 09/19/2012 | RLH | ROBERT HANDLER | P | 12.00 | 0.25 | 3.00 | PHOTOCOPIES Copies By User: Jessica Wood - | 3051277 |
| 09/19/2012 | RLH | ROBERT HANDLER | P | 44.00 | 0.25 | 11.00 | PHOTOCOPIES Copies By User: Jessica Wood - | 3051341 |
| 09/19/2012 | RLH | ROBERT HANDLER | P | 44.00 | 0.25 | 11.00 | PHOTOCOPIES Copies By User: Jessica Wood - | 3051343 |
| 09/19/2012 | RLH | ROBERT HANDLER | P | 12.00 | 0.25 | 3.00 | PHOTOCOPIES Copies By User: Jessica Wood - | 3051346 |
| | | UNBILLED TOTALS:   WORK: | | | | 91.50 | 13 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 91.50 | | |
| | | BILLED TOTALS:    WORK: | | | | 97.00 | 11 records | |
| | | BILLED TOTALS:    BILL: | | | | 97.00 | | |
| | | GRAND TOTAL:    WORK: | | | | 188.50 | 24 records | |
| | | GRAND TOTAL:    BILL: | | | | 188.50 | | |

Meridian Textiles, Inc. v. Topson Downs of California, Inc., et al.
Case No. 2:11-cv-08351-RGK (AGRx)
**NON-TAXABLE COSTS**

# ELECTRONIC RESEARCH (LEXIS NEXIS AND PACER)

| Electronic Research (Lexis Nexis and PACER) | | |
|---|---|---|
| **DATE** | **VENDOR/DESCRIPTION** | **AMOUNT** |
| 8/1/2012-8/31/2012 | Electronic Legal Research Services; Lexis Nexis | $    287.03 |
| 8/1/2012-8/31/2012 | Electronic Legal Research Services; PACER search fee | $     18.40 |
| 9/1/2012-9/20/2012 | Electronic Legal Research Services; Lexis Nexis | $   2,488.63 |
| **TOTAL Electronic Research:** | | $  2,794.06 |

Exhibit 4

779019.1





**LexisNexis**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1208302949 | 31-AUG-12 |

BILLING PERIOD 01-AUG-12 - 31-AUG-12

| ACCOUNT NUMBER |
|---|
| 101DC5 |

INVOICE TO:
GLASER WEIL FINK JACOBS HOWARD AVCHEN &
LOS ANGELES CA 90067-6219

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
#### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | TRANSACTIONAL USE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | $ 900.25 | (5,755.60) | $ 147.20 | | | $ 147.20 | | $ 147.20 |
| | $ 542.00 | (5,453.80) | $ 88.40 | | | $ 68.40 | | $ 88.40 |
| | $ 315.00 | (5,263.63) | $ 51.37 | | | $ 51.37 | | $ 51.37 |

2-6

REDACTED

9/27/2012

```
CUSTOMER NUMBER: CM0254
DATE RANGE:    08/01/2012 - 09/27/2012                              PAGE:  1

DATE      CLIENT CODE                        TIME IN  DESCRIPTION
          SEARCH CRITERIA                             PAGES          AMOUNT

COURT: PACER CASE LOCATOR (00PCL)
08/02/2012 02866-021                         10:05:43 ALL COURT TYPES CASE SEAR
           2:11-CV-08351 ALL COURTS PAGE: 1                    1      0.10
08/07/2012 02866-021                         11:01:20 ALL COURT TYPES CASE SEAR
           2:11-CV-08351 ALL COURTS PAGE: 1                    1      0.10
08/31/2012 02866-021                         15:16:03 ALL COURT TYPES PARTY SEA
           NAME MATTEL ALL COURTS PAGE: 1                      1      0.10
08/31/2012 02866-021                         15:17:18 ALL COURT TYPES PARTY SEA
           NAME MATTEL ALL COURTS PAGE: 1    CASE TY           1      0.10
08/31/2012 02866-021                         15:17:44 ALL COURT TYPES PARTY SEA
           NAME MATTEL ALL COURTS PAGE: 1                      1      0.10
08/31/2012 02866-021                         15:17:54 ALL COURT TYPES PARTY SEA
           NAME MATTEL ALL COURTS PAGE: 1    PARTY N           1      0.10
08/31/2012 02866-021                         15:18:07 ALL COURT TYPES PARTY SEA
           NAME MATTEL ALL COURTS PAGE: 1    COURT T           1      0.10
08/31/2012 02866-021                         15:18:36 ALL COURT TYPES PARTY SEA
           NAME MATTEL ALL COURTS PAGE: 1    COURT T           1      0.10
08/31/2012 02866-021                         15:21:17 ALL COURT TYPES PARTY SEA
           NAME MGA ENTERTAINMENT ALL COURTS PAGE:             1      0.10
08/31/2012 02866-021                         15:21:34 ALL COURT TYPES PARTY SEA
           NAME MGA ENTERTAINMENT ALL COURTS PAGE:             1      0.10
08/31/2012 02866-021                         15:21:44 ALL COURT TYPES PARTY SEA
           NAME MGA ENTERTAINMENT ALL COURTS PAGE:             1      0.10
PAGES      SUBTOTAL FOR 00PCL                                 11      1.10

                                                         ============
SUBTOTAL FOR PACER CASE LOCATOR (00PCL)                        1.10

COURT: CALIFORNIA CENTRAL DISTRICT COURT (CACDC)
```

https://www.pacer.gov/psco/cgi-bin/billrpt.pl

9/27/2012

| DATE | CLIENT CODE | | | TIME IN | DESCRIPTION | PAGES | AMOUNT |
|---|---|---|---|---|---|---|---|

CUSTOMER NUMBER: CM0254
DATE RANGE:     08/01/2012 - 09/27/2012                    PAGE:  2

| DATE | CLIENT CODE / SEARCH CRITERIA | | | TIME IN | DESCRIPTION / PAGES | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/02/2012 | 02866-021 2:11-CV-08351-RGK-AGR | END DATE: | 8/2/20 | 09:05:53 | DOCKET REPORT 8 | | 0.80 |
| 08/02/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 42-0 | 09:06:26 | IMAGE42-0 2 | | 0.20 |
| 08/02/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 42-1 | 09:06:56 | IMAGE42-1 11 | | 1.10 |
| 08/07/2012 | 02866-021 2:11-CV-08351-RGK-AGR | END DATE: | 8/7/20 | 10:01:34 | DOCKET REPORT 8 | | 0.80 |
| 08/13/2012 | 02866-021 2:11-CV-08351-RGK-AGR | END DATE: | 8/13/2 | 16:26:34 | DOCKET REPORT 8 | | 0.80 |
| 08/13/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 29-0 | 16:27:04 | IMAGE29-0 1 | | 0.10 |
| 08/13/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 30-0 | 16:27:48 | IMAGE30-0 8 | | 0.80 |
| 08/13/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 23-0 | 16:28:46 | IMAGE23-0 5 | | 0.50 |
| 08/13/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 36-0 | 16:31:35 | IMAGE36-0 16 | | 1.60 |
| 08/24/2012 | 02866-021 2:11-CV-08351-RGK-AGR | END DATE: | 8/24/2 | 15:16:11 | DOCKET REPORT 10 | | 1.00 |
| 08/29/2012 | 02866-021 2:11-CV-08351-RGK-AGR | END DATE: | 8/29/2 | 12:06:37 | DOCKET REPORT 10 | | 1.00 |
| 08/29/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 8-0 | 12:06:47 | IMAGE8-0 6 | | 0.60 |
| 08/29/2012 | 02866-021 2:11-CV-08351-RGK-AGR | DOCUMENT | 9-0 | 12:37:58 | IMAGE9-0 3 | | 0.30 |
| 08/29/2012 | 02866-021 2:11-CV-08351-RGK-AGR | END DATE: | 8/29/2 | 12:44:02 | DOCKET REPORT 10 | | 1.00 |
| 08/29/2012 | 02866-021 | | | 12:45:59 | IMAGE12-0 | | |

9/27/2012

```
              2:11-CV-08351-RGK-AGR DOCUMENT 12-0           9        0.90
08/31/2012 02866-021            14:25:56  HISTORY/DOCUMENTS
              2:04-CV-09049-DOC-RNB                         30       3.00
08/31/2012 02866-021            14:29:01  IMAGE10542-0
              2:04-CV-09049-DOC-RNB DOCUMENT 10542-0        28       2.80
PAGES      SUBTOTAL FOR CACDC                              173      17.30

                                                    ================
SUBTOTAL FOR CALIFORNIA CENTRAL DISTRICT COURT (CACDC)              17.30


           PAGES TOTAL:                                    184      18.40

                                                    ================
           TOTAL:                                                   18.40
```

LexisNexis® PowerInvoice™ - Basic Billing

| CLIENT/ USER NAME/ USER ID | DATE | SERVICE | TYPE OF CHARGE | RESEARCH DESCRIPTION | QUANTITY | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 036966-011-0001 WOOD, JESSICA 8K26COS | 10-Sep-2012 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | NO RESEARCH DESCRIPTION | 1.00 | $15.00 | ($11.83) | $3.17 | $0.00 | $0.00 | $3.17 | $0.00 | $3.17 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:00:17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 2.00 | $30.00 | ($23.68) | $6.32 | $0.00 | $0.00 | $6.32 | $0.00 | $6.32 |
| | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 1.00 | $7.75 | ($6.12) | $1.63 | $0.00 | $0.00 | $1.63 | $0.00 | $1.63 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:00:28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 11-Sep-2012 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | NO RESEARCH DESCRIPTION | 3.00 | $45.00 | ($35.50) | $9.50 | $0.00 | $0.00 | $9.50 | $0.00 | $9.50 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:11:33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 6.00 | $720.00 | ($568.10) | $151.90 | $0.00 | $0.00 | $151.90 | $0.00 | $151.90 |

9/27/2012

REDACTED

LexisNexis® PowerInvoice™ - Basic Billing

| CLIENT/ USER NAME/ USER ID | DATE | SERVICE | TYPE OF CHARGE | RESEARCH DESCRIPTION | QUANTITY | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| | 14-Sep-2012 | SHEPARD'S SERVICE | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 12.00 | $200.00 | ($157.80) | $42.20 | $0.00 | $0.00 | $42.20 | $0.00 | $42.20 |
| | | | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 1.00 | $7.75 | ($6.12) | $1.63 | $0.00 | $0.00 | $1.63 | $0.00 | $1.63 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:01:29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | LEXIS LEGAL SERVICES | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:15:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 18-Sep-2012 | LEXIS LEGAL SERVICES | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 1.00 | $15.00 | ($11.84) | $3.16 | $0.00 | $0.00 | $3.16 | $0.00 | $3.16 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:54:31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | LEXIS LEGAL SERVICES | SEARCHES | NO RESEARCH DESCRIPTION | 4.00 | $480.00 | ($378.73) | $101.27 | $0.00 | $0.00 | $101.27 | $0.00 | $101.27 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 3.00 | $45.00 | ($35.50) | $9.50 | $0.00 | $0.00 | $9.50 | $0.00 | $9.50 |
| | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 1.00 | $7.75 | ($6.12) | $1.63 | $0.00 | $0.00 | $1.63 | $0.00 | $1.63 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:00:32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 19-Sep-2012 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | NO RESEARCH DESCRIPTION | 5.00 | $75.00 | ($59.18) | $15.82 | $0.00 | $0.00 | $15.82 | $0.00 | $15.82 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 01:30:38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 7.00 | $840.00 | ($662.79) | $177.21 | $0.00 | $0.00 | $177.21 | $0.00 | $177.21 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 6.00 | $90.00 | ($71.01) | $18.99 | $0.00 | $0.00 | $18.99 | $0.00 | $18.99 |
| | 20-Sep-2012 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | NO RESEARCH DESCRIPTION | 2.00 | $30.00 | ($23.67) | $6.33 | $0.00 | $0.00 | $6.33 | $0.00 | $6.33 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 03:20:38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 21.00 | $4,438.00 | ($3,501.70) | $936.30 | $0.00 | $0.00 | $936.30 | $0.00 | $936.30 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 22.00 | $330.00 | ($260.38) | $69.62 | $0.00 | $0.00 | $69.62 | $0.00 | $69.62 |
| | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 3.00 | $23.25 | ($18.34) | $4.91 | $0.00 | $0.00 | $4.91 | $0.00 | $4.91 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:10:23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 21-Sep-2012 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | NO RESEARCH DESCRIPTION | 4.00 | $60.00 | ($47.34) | $12.66 | $0.00 | $0.00 | $12.66 | $0.00 | $12.66 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 03:52:48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 8.00 | $1,234.00 | ($973.66) | $260.34 | $0.00 | $0.00 | $260.34 | $0.00 | $260.34 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 23.00 | $345.00 | ($272.21) | $72.79 | $0.00 | $0.00 | $72.79 | $0.00 | $72.79 |
| | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 2.00 | $15.50 | ($12.23) | $3.27 | $0.00 | $0.00 | $3.27 | $0.00 | $3.27 |

LexisNexis® PowerInvoice™ - Basic Billing

| CLIENT/ USER NAME/ USER ID | DATE | SERVICE | TYPE OF CHARGE | RESEARCH DESCRIPTION | QUANTITY | CONTRACT USE | | | TRANSACTIONAL USE | | | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | | |
| | 22-Sep-2012 | LEXIS LEGAL SERVICES | ONLINE TIME | NO RESEARCH DESCRIPTION | 02:00:25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 01:22:33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 3.00 | $497.00 | ($392.15) | $104.85 | $0.00 | $0.00 | $104.85 | $0.00 | $104.85 |
| | | MATTHEW BENDER SERVICE | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 10.00 | $150.00 | ($118.35) | $31.65 | $0.00 | $0.00 | $31.65 | $0.00 | $31.65 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:11:07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 1.00 | $80.00 | ($63.12) | $16.88 | $0.00 | $0.00 | $16.88 | $0.00 | $16.88 |
| | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 1.00 | $7.75 | ($6.11) | $1.64 | $0.00 | $0.00 | $1.64 | $0.00 | $1.64 |
| | 23-Sep-2012 | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:00:07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | DOCUMENT PRINTING | NO RESEARCH DESCRIPTION | 2.00 | $30.00 | ($23.67) | $6.33 | $0.00 | $0.00 | $6.33 | $0.00 | $6.33 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 01:31:19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 24-Sep-2012 | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 37.00 | $555.00 | ($437.92) | $117.08 | $0.00 | $0.00 | $117.08 | $0.00 | $117.08 |
| | | LEXIS LEGAL SERVICES | ONLINE TIME | NO RESEARCH DESCRIPTION | 05:49:25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 9.00 | $135.00 | ($106.52) | $28.48 | $0.00 | $0.00 | $28.48 | $0.00 | $28.48 |
| | 26-Sep-2012 | LEXIS LEGAL SERVICES | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:15:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 1.00 | $15.00 | ($11.83) | $3.17 | $0.00 | $0.00 | $3.17 | $0.00 | $3.17 |
| Sub-Total: | | | | | | $10,523.75 | ($8,303.52) | $2,220.23 | $0.00 | $0.00 | $2,220.23 | $0.00 | $2,220.23 |
| 02065-021-TDN GEERS, LAUREN GSEPJ9U | 04-Sep-2012 | LEXIS LEGAL SERVICES | DOCUMENT PRINTING | NO RESEARCH DESCRIPTION | 4.00 | $60.00 | ($47.35) | $12.65 | $0.00 | $0.00 | $12.65 | $0.00 | $12.65 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 01:15:36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 3.00 | $338.00 | ($266.70) | $71.30 | $0.00 | $0.00 | $71.30 | $0.00 | $71.30 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 7.00 | $105.00 | ($82.85) | $22.15 | $0.00 | $0.00 | $22.15 | $0.00 | $22.15 |
| | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 4.00 | $31.00 | ($24.46) | $6.54 | $0.00 | $0.00 | $6.54 | $0.00 | $6.54 |
| | | LEXIS LEGAL | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:45:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 05-Sep-2012 | LEXIS LEGAL | | | | | | | | | | | |

9/27/2012

REDACTED

LexisNexis® PowerInvoice™ - Basic Billing

| CLIENT/ USER NAME/ USER ID | DATE | SERVICE | TYPE OF CHARGE | RESEARCH DESCRIPTION | QUANTITY | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| | 2012 | SERVICES | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:30:13 | $2.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 1.00 | $143.00 | ($112.83) | $30.17 | $0.00 | $0.00 | $30.17 | $0.00 | $30.17 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 1.00 | $15.00 | ($11.84) | $3.16 | $0.00 | $0.00 | $3.16 | $0.00 | $3.16 |
| | 07-Sep-2012 | LEXIS LEGAL SERVICES | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:21:38 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 1.00 | $56.00 | ($44.18) | $11.82 | $0.00 | $0.00 | $11.82 | $0.00 | $11.82 |
| | 12-Sep-2012 | LEXIS LEGAL SERVICES | ONLINE TIME | NO RESEARCH DESCRIPTION | 01:14:29 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | SEARCHES | NO RESEARCH DESCRIPTION | 1.00 | $141.00 | ($111.25) | $29.75 | $0.00 | $0.00 | $29.75 | $0.00 | $29.75 |
| | | | SINGLE DOCUMENT RETRIEVAL | NO RESEARCH DESCRIPTION | 24.00 | $360.00 | ($284.05) | $75.95 | $0.00 | $0.00 | $75.95 | $0.00 | $75.95 |
| | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | NO RESEARCH DESCRIPTION | 3.00 | $23.25 | ($18.34) | $4.91 | $0.00 | $0.00 | $4.91 | $0.00 | $4.91 |
| | | | ONLINE TIME | NO RESEARCH DESCRIPTION | 00:02:19 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sub-Total: | | | | | | $1,273.25 | ($1,003.85) | $268.40 | $0.00 | $0.00 | $268.40 | $0.00 | $268.40 |

9/27/2012

REDACTED

Meridian Textiles, Inc. v. Topson Downs of California, Inc., et al.
Case No. 2:11-cv-08351-RGK (AGRx)
**NON-TAXABLE COSTS**

# POSTAGE AND COURIER EXPENSES

| Postage and Courier Expenses | | |
|---|---|---|
| **DATE** | **VENDOR/DESCRIPTION** | **AMOUNT** |
| 8/15/2012 | FedEx, Invoice No. 7-995-27263/Shipping Expert Report to Opposing Counsel | $      18.61 |
| 8/16/2012 | First Legal Network LLC, Invoice No. 170360/Deliver courtesy copy of Notices of Appearance | $      30.79 |
| 8/20/2012 | First Legal Network LLC, Invoice No. 170360/Deliver courtesy copy of Request to Substitute Attorney | $      30.79 |
| 8/22/2012 | First Legal Network LLC, Invoice No. 170360/Deliver courtesy copy of Request to Substitute Attorney | $      30.79 |
| 9/4/2012 | First Legal Network LLC, Invoice No. 171417/Deliver courtesy copy of Notice of Lodging of Proposed Judgment | $      37.88 |
| 9/25/2012 | First Legal Network LLC, Control No. 5360404/Deliver courtesy copy of Defendants' Opposition to Plaintiff's Motion for Reconsideration | $      30.79 |
| **TOTAL Postage and Courier Expenses:** | | $      179.65 |

Exhibit 4

779019.1

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-995-27263 | Aug 24, 2012 | 1190-6011-7 | 6 of 14 |

Tracking ID: 798753326710 continued

| | | | |
|---|---|---|---|
| Rated Weight | N/A | | |
| Delivered | Aug 16, 2012 11:03 | Transportation Charge | 19.75 |
| Svc Area | A1 | Discount | -3.16 |
| Signed by | K.MCELWAIN | Fuel Surcharge | 1.66 |
| FedEx Use | 000000000/0000211/_ | **Total Charge** USD | **$18.25** |

Dropped off: Aug 15, 2012      Cust. Ref.: 02866-021      Ref.#2:
Payer: Shipper      Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 798754608895 | Adrian Pruetz | Stephen M. Doniger | |
| Service Type | FedEx Standard Overnight | Glaser Weil | Doniger/Burroughs APC | |
| Package Type | FedEx Pak | 10250 Constellation Blvd. | 300 CORPORATE POINTE | |
| Zone | 02 | LOS ANGELES CA 90067 US | CULVER CITY CA 90230 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Declared Value | USD 1.00 | Transportation Charge | | 18.80 |
| Delivered | Aug 16, 2012 12:50 | Declared Value Charge | | 0.00 |
| Svc Area | A1 | Discount | | -1.88 |
| Signed by | K.HOLMES | Fuel Surcharge | | 1.69 |
| FedEx Use | 000000000/0001283/_ | **Total Charge** USD | | **$18.61** |

1236-02-00-0001880-0005-0015672

REDACTED



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 170360 | 81455 |
| Invoice Date | Total Due |
| 8/31/12 | 3,449.16 |
| | |
| | |

TAX ID# 27-3093840

GLASER WEIL FINK JACOBS HOWARD SHAP
10250 CONSTELLATION BOULEVARD
18TH FLOOR
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81455 | 170360 | 8/31/12 | 3,449.16 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/16/12<br>DELIVERY-RUSH VEHICLE | 5325542 | RSH | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES     CA 90067<br>Caller: YANIKA     Time: 09:53<br>Signed: DELIVERED     Time: 11:00<br>REF: 2866-021 WOOD | USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES     CA 90012 | Base Chg : 28.25<br>Fuel Chge : 2.54 | 30.79 |
| 8/22/12<br>DELIVERY-RUSH VEHICLE | 5330668 | RSH | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES     CA 90067<br>Caller: YANIKA     Time: 10:39<br>Signed: DELIVERED     Time: 11:40<br>REF: 2866-021 WOOD | USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES     CA 90012 | Base Chg : 28.25<br>Fuel Chge : 2.54 | 30.79 |

Total  Charges for Ref. - 2866-021 WOOD:     61.58

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 170360 | 81455 |
| Invoice Date | Total Due |
| 8/31/12 | 3,449.16 |

GLASER WEIL FINK JACOBS HOWARD SHAP
10250 CONSTELLATION BOULEVARD
18TH FLOOR
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81455 | 170360 | 8/31/12 | 3,449.16 | 55 |

| Date | Ordr No. | Svc. | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/20/12 | 5328117 | RSH | GLASER WEIL FINK JACOBS HOWARD SHAP    USDC-LOS ANGELES | Base Chg : 28.25 | |
| DELIVERY-RUSH VEHICLE | | | 10250 CONSTELLATION BOULEVARD    255 EAST TEMPLE STREET | Fuel Chge : 2.54 | 30.79 |
| | | | LOS ANGELES    CA 90067    LOS ANGELES    CA 90012 | | |
| | | | Caller: YANIKA    Time: 09:52 | | |
| | | | Signed: Delivered    Time: 11:05 | | |
| | | | REF: MERIDIAN/TOPSON/WOOD | | |
| | | | Total   Charges for Ref. - MERIDIAN/TOPSON/WOOD: 30.79 | | |

2866-021

## INVOICE PAYMENT DUE UPON RECEIPT



## First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 170360 | 81455 |
| Invoice Date | Total Due |
| 8/31/12 | 3,449.16 |

GLASER WEIL FINK JACOBS HOWARD SHAP
10250 CONSTELLATION BOULEVARD
18TH FLOOR
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 81455 | 170360 | 8/31/12 | 3,449.16 | 11 | | | |
| Date | Ordr No. | Svc | | Service Detail | | | | | Charges | Total |
| 8/16/12<br>DELIVERY-RUSH VEHICLE | 5325542 | RSH | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES    CA 90067<br>Caller: YANIKA        Time: 09:53<br>Signed: DELIVERED        Time: 11:00<br>REF: 2866-021 WOOD | USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES        CA 90012 | | | Base Chg :    28.25<br>Fuel Chge :     2.54 | | | 30.79 |
| 8/22/12<br>DELIVERY-RUSH VEHICLE | 5330668 | RSH | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES    CA 90067<br>Caller: YANIKA        Time: 10:39<br>Signed: DELIVERED        Time: 11:40<br>REF: 2866-021 WOOD | USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES        CA 90012 | | | Base Chg :    28.25<br>Fuel Chge :     2.54 | | | 30.79 |

Total  Charges for Ref. - 2866-021 WOOD:        61.58

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

**INVOICE**

*** REPRINT ***

| Invoice No. | Customer No. |
|-------------|--------------|
| 171417 | 81455 |
| Invoice Date | Total Due |
| 9/15/12 | 1,269.18 |
| | |
| | |
| | |

GLASER WEIL FINK JACOBS HOWARD SHAP
10250 CONSTELLATION BOULEVARD
18TH FLOOR
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 81455 | 171417 | 9/15/12 | 1,269.18 | 9 | | | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|------|----------|-----|----------------|---|---------|-------|
| 9/04/12 | 5341044 | ASP | GLASER WEIL FINK JACOBS HOWARD SHAP    USDC-LOS ANGELES | Base Chg :   34.75 | |
| DELIVERY-ASAP VEHICLE | | | 10250 CONSTELLATION BOULEVARD    312 NORTH SPRING STREET | Fuel Chge :   3.13 | 37.88 |
| | | | LOS ANGELES    CA 90067     LOS ANGELES    CA 90012-4719 | | |
| | | | Caller: yanika      Time: 10:27 | | |
| | | | Signed: del        Time: 11:25 | | |
| | | | REF: 2866-021 WOOD | | |
| | | |       **Total**   **Charges** for Ref. - 2866-021 WOOD:    37.88 | | |

## INVOICE PAYMENT DUE UPON RECEIPT

FIRST LEGAL SUPPORT-LA

```
        CONTROL#    -----------CUSTOMER NAME-----------   CUST#
        5360404    GLASER WEIL FINK JACOBS HOWARD SHAP   3500


        09/25/12    DELIVERY-RUSH   VEHICLE              9:55
  1  OF:  1
-------PICKUP INFO------------   ----------DELIVERY INFO------
GLASER WEIL FINK JACOBS HOWARD   USDC-LOS ANGELES             Base:      28.25
10250 CONSTELLATION BOULEVARD    255 EAST TEMPLE STREET
18TH FLOOR                       850
LOS ANGELES        CA  90067     LOS ANGELES        CA  90012
310 282-6293                     213 894-0289
Caller: JESSICA WOOD

Sig: DEL                                                     FuelChg:     2.54
Time: 11:20   Date:  9/25/12
                                 COURTESY CPY TO JDGE
                                  BY NOON PLEASE

                                                            Total:      30.79
Reference: 2866-021 WOOD
```