Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; TARGET CORPORATION, a Minnesota Corporation; WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 10; <br><br> Defendants. | Case No.:  2:11-cv-08351-RGK-AGR <br> *The Honorable R. Gary Klausner Presiding* <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Having reviewed the Parties' "Stipulation To Dismiss Action" and finding good cause thereon,

- 1 -

IT IS HEREBY ORDERED that this action be dismissed with prejudice, and with each party to bear its own costs and fees.

SO ORDERED.

Dated: August 12, 2015

_____
R. Gary Klausner
United States District Court Judge

- 2 -